IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                      Case No. 18-bk-04165-JJT
                                          Chapter 13

WILLIAM R. FLETCHER
AKA WILLIAM FLETCHER

Debtor(s).

## NOTICE OF APPEARANCE

**M&T Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven Kelly, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

                           By:    */s/ Steven Kelly, Esquire*
                                    Steven Kelly, Esquire,
                                    Bar No: 308573
                                    Stern & Eisenberg, PC
                                    1581 Main Street, Suite 200
                                    The Shops at Valley Square
                                    Warrington, PA 18976
                                    Phone: (215) 572-8111
                                    Fax: (215) 572-5025
                                    skelly@sterneisenberg.com
                                    Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 30th day of October, 2018, to the following:

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504
tullio.deluca@verizon.net
*Attorney for Debtor(s)*

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
Office of the U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

William R. Fletcher
aka William Fletcher
123 Willows Lane
Lake Ariel, PA 18436
*Debtor(s)*

                                        By:   */s/Steven Kelly, Esquire*