IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

WILLIAM R. FLETCHER,

        Debtor.

CASE NO. 5:18-bk-04165-JJT

CHAPTER 13

M&T BANK F/K/A MANUFACTURERS AND TRADERS TRUST COMPANY,

        Creditor,

v.

WILLIAM R. FLETCHER,

        Respondent.

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on November 21, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than December 5, 2018.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: December 6, 2018

M&T BANK

By Its Counsel

/s/Martin A. Mooney
Martin A Mooney, Esq. Attorney ID #2327864
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
950 New Loudon Road
Suite 109
Latham, New York 12110
Tel (518) 786-9069
E-Mail: MMooney@schillerknapp.com