```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 18-04165-JJT
William R. Fletcher                                       Chapter 13
        Debtor              **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AGarner        Page 1 of 2        Date Rcvd: Dec 18, 2018
                            Form ID: ntcnfhrg     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
```
db           +William R. Fletcher,   123 Willows Lane,   Lake Ariel, PA 18436-4738
5115036      +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
5133546       American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern  PA 19355-0701
5115037      +Anthony Scottavia,   123 Willow Lane,   Lake Ariel, PA 18436-4738
5115038      +Broome County Real Property Tax Svc.,   60 Hawley St., 2nd Floor,   P.O. Box 1766,
              Binghamton, NY 13902-1766
5115039      +Chase,   PO Box 15298,   Wilmington DE 19850-5298
5131981      +County of Broome (New York),   Broome County Attorneys Office,   PO Box 1766,
              Binghamton, NY 13902-1766
5136924       Directv, LLC,   by American InfoSource as agent,   PO Box 5008,   Carol Stream, IL  60197-5008
5115041      +Fantine Rabier,   123 Willow Lane,   Lake Ariel, PA 18436-4738
5115043      +Jerold Summers,   123 Willow Lane,   Lake Ariel, PA 18436-4738
5115044      +Law offices of Tullio DeLuca,   381 N. 9th Avenue,   Scranton, PA 18504-2005
5115045      +Leticia,   123 Willow Lane,   Lake Ariel, PA 18436-4738
5128382      +M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
5118039      +M&T Bank,   Stern & Eisenberg, PC,   1581 Main Street, Suite 200,   Warrington, Pa. 18976-3403
5138905      +PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392
5125091      +Stern & Eisenberg, PC,   1581 Main Street, Suite 200,   Warrington, PA 18976-3403
5115049      +The CBE Group,   P.O. Box 126,   Waterloo, IA 50704-0126
5115051      +Wayne County Tax Claim Bureau,   County Courthouse,   925 Court St.,   Honesdale, PA 18431-1994
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5115040       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 18 2018 19:26:52    Comenity Bank,
              Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
5115042       E-mail/Text: cio.bncmail@irs.gov Dec 18 2018 19:26:40    Internal Revenue Service,
              Special Procedures Branch,   PO Box 7346,   Philadelphia, PA  19101-7346
5115046       E-mail/Text: camanagement@mtb.com Dec 18 2018 19:26:45    M&T Bank,   1100 Wehrle Drive,
              Williamsville, NY 14221
5129430       E-mail/Text: camanagement@mtb.com Dec 18 2018 19:26:45    M&T Bank,   PO Box 840,
              Buffalo, NY 14240
5115047      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 18 2018 19:27:02    Midland Funding, LLC,
              2365 Northside Drive, Ste. 300,   San Diego, CA 92108-2709
5115519      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 19:34:56
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5115048       E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:35:26    Synchrony Bank/Pay Pal,
              Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
5136479       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 18 2018 19:36:29    Verizon,
              by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
5115050      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 18 2018 19:26:29
              Verizon Bankruptcy Dept.,   500 Technology Drive,   Suite 550,   Weldon Spring, MO 63304-2225
                                                                                TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +M&T Bank,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3403
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5115052*     +William R. Fletcher,   123 Willows Lane,   Lake Ariel, PA 18436-4738
                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                          Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Martin A Mooney   on behalf of Creditor   M&T Bank f/k/a Manufactures and Traders Trust Company
           ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Steven P. Kelly   on behalf of Creditor   M&T Bank skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          Tullio  DeLuca   on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William R. Fletcher,
aka William Fletcher,

Chapter     13

**Debtor 1**

Case No.     5:18–bk–04165–JJT

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **January 29, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: February 5, 2019 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 18, 2018 |

ntcnfhrg (03/18)