UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM R. FLETCHER AKA:
WILLIAM FLETCHER
   Debtor(s)    CHAPTER 13
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   Movant    CASE NO: 5-18-04165-RNO
vs.
WILLIAM R. FLETCHER AKA:
WILLIAM FLETCHER
   Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 7, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on October 1, 2018.

2. A hearing was held and an Order was entered on February 5, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        s/ Agatha R. McHale, Esq.
        Id: 47613
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        Fax. 717-566-8313
        eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: WILLIAM R. FLETCHER
AKA: WILLIAM FLETCHER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-18-04165-RNO

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA

Date: June 11, 2019

Time: 09:30 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: dehartstaff@pamd13trustee.com

Dated: May 7, 2019

Case 5:18-bk-04165-RNO    Doc 39    Filed 05/07/19    Entered 05/07/19 09:10:07    Desc
Page 2 of 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WILLIAM R. FLETCHER<br>AKA: WILLIAM FLETCHER<br><br>Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>WILLIAM R. FLETCHER<br>AKA: WILLIAM FLETCHER<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-18-04165-RNO |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 7, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA   18504- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| WILLIAM R. FLETCHER<br>123 WILLOWS LANE<br>LAKE ARIEL, PA   18436 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   May 7, 2019

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: WILLIAM R. FLETCHER
AKA: WILLIAM FLETCHER

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

WILLIAM R. FLETCHER
AKA: WILLIAM FLETCHER

CASE NO: 5-18-04165-RNO

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.