UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM R. FLETCHER             : CHAPTER 13
      Debtor(s)                          :
                                         :
      CHARLES J. DEHART, III             :
      STANDING CHAPTER 13 TRUSTEE        :
      Movant                             :
                                         :
      vs.                                :
                                         :
      WILLIAM R. FLETCHER                :
      Respondent(s)                      : CASE NO.   5-18-bk-04165

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this   11th   day of June, 2019, comes Charles J. DeHart, III, Standing
Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the
following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required.

2.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

    a.   2017 and 2018 Federal Income Tax return.
    b.   Proof of Claim for Wayne County Tax Claim Bureau.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

    a.   Deny confirmation of debtor(s) plan.
    b.   Dismiss or convert debtor(s) case.
    c.   Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/Agatha R. Mchale_____
        Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   11th   day of June, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA   18504

                                 /s/Deborah A. Behney
                                 Office of Charles J. DeHart, III
                                 Standing Chapter 13 Trustee