```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04165-RNO
William R. Fletcher                                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5              User: TWilson           Page 1 of 1           Date Rcvd: Oct 17, 2019
                                  Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db              #+William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Creditor    Ariel Land Owners, Incorporated jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Martin A Mooney    on behalf of Creditor    M&T Bank f/k/a Manufactures and Traders Trust Company
               kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Steven P. Kelly    on behalf of Creditor    M&T Bank skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Tullio  DeLuca    on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9

CHRISTOPHER M. MCMONAGLE, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| In Re:<br>    William R. Fletcher aka William Fletcher<br>        Debtor(s)<br>---------------------------------------<br>M&T Bank<br>          Movant<br>v.<br><br>William R. Fletcher aka William Fletcher<br>       Debtor(s)<br><br>          Respondent(s) | Chapter 13<br><br>Case Number: 18-04165-RNO |
|---|---|

## ORDER

AND NOW, upon consideration of the motion of M&T Bank ("Plaintiff"), and Debtor's Answer thereto, after hearing held on October 17, 2019, it is

ORDERED AND DECREED that Movant, Plaintiff (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 123 WILLOW LANE, LAKE ARIEL, PA 18436.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: October 17, 2019       By the Court,

*Robt N. Opel II*
Robert N. Opel, II, Chief Bankruptcy Judge (BI)