```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-04165-RNO
William R. Fletcher                                                 Chapter 7
       Debtor
                               CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson               Page 1 of 1              Date Rcvd: Oct 30, 2019
                              Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             #+William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor   M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Creditor    Ariel Land Owners, Incorporated jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Martin A Mooney    on behalf of Creditor   M&T Bank f/k/a Manufactures and Traders Trust Company
               kcollins@schillerknapp.com,   acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Steven P. Kelly    on behalf of Creditor   M&T Bank skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Tullio  DeLuca    on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor   M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

IN RE: :
: CASE NO. 5-18-04165
WILLIAM R. FLETCHER : CHAPTER 13
Debtor(s) :

*************************************************************************

ORDER

*************************************************************************

UPON consideration of Debtor's Motion for Conversion of Chapter 13 Case to Chapter 7 Case it is further ordered:

The Debtor's Motion is granted and the Debtor's case is converted to a Chapter 7 Bankruptcy Case

Dated: October 29, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)