```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 18-04165-RNO
William R. Fletcher                                             Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: ToniaWils              Page 1 of 2              Date Rcvd: Nov 13, 2019
                             Form ID: 309A                Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738
aty            +Christopher M. McMonagle,    Stern and Eisenberg, PC,   1581 Main Street, Suite 200,
                 Warrington, PA 18976-3403
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +John J. Martin,    Law Offices John J. Martin,    1022 Court Street,    Honesdale, PA 18431-1925
aty            +Martin A Mooney,    Schiller, Knapp, Lefkowitz & Hertzel LLP,    950 New Loudon Road,    Ste. 109,
                 Latham, NY 12110-2182
aty            +Steven P. Kelly,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
aty            +William Edward Miller,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
cr             +Ariel Land Owners, Incorporated,    c/o John J. Martin,   1022 Court Street,
                 Honesdale, PA 18431-1925
5115037        +Anthony Scottavia,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115038        +Broome County Real Property Tax Svc.,    60 Hawley St., 2nd Floor,    P.O. Box 1766,
                 Binghamton, NY 13902-1766
5131981        +County of Broome (New York),    Broome County Attorneys Office,    PO Box 1766,
                 Binghamton, NY 13902-1766
5115041        +Fantine Rabier,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115043        +Jerold Summers,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115044        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5115045        +Leticia,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5128382        +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
5118039        +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, Pa. 18976-3403
5138905        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5125091        +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
5115049        +The CBE Group,    P.O. Box 126,    Waterloo, IA 50704-0126
5115051        +Wayne County Tax Claim Bureau,    County Courthouse,    925 Court St.,    Honesdale, PA 18431-1994

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: tullio.deluca@verizon.net Nov 13 2019 19:09:30      Tullio DeLuca,
                 381 N. 9th Avenue,    Scranton, PA   18504
tr             +EDI: BMJCONWAY.COM Nov 14 2019 00:13:00      Mark J. Conway (Trustee),
                 502 South Blakely Street,    Dunmore, PA 18512-2237
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 13 2019 19:09:45      United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5115036        +EDI: AMEREXPR.COM Nov 14 2019 00:13:00      American Express,   P.O. Box 981535,
                 El Paso, TX 79998-1535
5133546         EDI: BECKLEE.COM Nov 14 2019 00:13:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5115039        +EDI: CHASE.COM Nov 14 2019 00:13:00      Chase,    PO Box 15298,   Wilmington DE 19850-5298
5115040         EDI: WFNNB.COM Nov 14 2019 00:13:00      Comenity Bank,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
5136924         EDI: DIRECTV.COM Nov 14 2019 00:13:00      Directv, LLC,   by American InfoSource as agent,
                 PO Box 5008,    Carol Stream, IL   60197-5008
5115042         EDI: IRS.COM Nov 14 2019 00:13:00      Internal Revenue Service,    Special Procedures Branch,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5115046         E-mail/Text: camanagement@mtb.com Nov 13 2019 19:09:40      M&T Bank,   1100 Wehrle Drive,
                 Williamsville, NY 14221
5129430         E-mail/Text: camanagement@mtb.com Nov 13 2019 19:09:40      M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
5115047        +EDI: MID8.COM Nov 14 2019 00:13:00      Midland Funding, LLC,    2365 Northside Drive, Ste. 300,
                 San Diego, CA 92108-2709
5115519        +EDI: PRA.COM Nov 14 2019 00:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5115048         EDI: RMSC.COM Nov 14 2019 00:13:00      Synchrony Bank/Pay Pal,    Attn: Bankruptcy Dept.,
                 P.O. Box 965060,    Orlando, FL 32896-5060
5136479         EDI: AIS.COM Nov 14 2019 00:13:00      Verizon,   by American InfoSource as agent,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
5115050        +EDI: VERIZONCOMB.COM Nov 14 2019 00:13:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,    Warrington, PA 18976-3403
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5115052*       +William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

```
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Creditor    Ariel Land Owners, Incorporated jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Martin A Mooney    on behalf of Creditor    M&T Bank f/k/a Manufactures and Traders Trust Company
               kcollins@schillerknapp.com,  acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Steven P. Kelly    on behalf of Creditor    M&T Bank skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Tullio  DeLuca    on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **William R. Fletcher** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–0112 |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter **13** | **10/1/18** |
| Case number: | **5:18–bk–04165–RNO** | Date case converted to chapter **7** | **10/29/19** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | William R. Fletcher | |
| 2. | **All other names used in the last 8 years** | aka William Fletcher | |
| 3. | **Address** | 123 Willows Lane <br> Lake Ariel, PA 18436 | |
| 4. | **Debtor's attorney** <br> Name and address | Tullio DeLuca <br> 381 N. 9th Avenue <br> Scranton, PA 18504 | Contact phone 570 347–7764 <br> Email: tullio.deluca@verizon.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Mark J. Conway (Trustee) <br> 502 South Blakely Street <br> Dunmore, PA 18512 | Contact phone 570 343–5350 <br> Email: PA40@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page **1**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court  274 Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831–2500  Date: 11/13/19 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 3, 2020 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** **Valid photo identification and proof of social security number are required** *** | Location:  **Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/3/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |