```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                      Case No. 18-04165-RNO
William R. Fletcher                                         Chapter 7
       Debtor
                         CERTIFICATE OF NOTICE
District/off: 0314-5      User: AutoDocke              Page 1 of 2           Date Rcvd: Mar 03, 2020
                          Form ID: ntasset             Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
```
db              +William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738
cr              +Ariel Land Owners, Incorporated,    c/o John J. Martin,    1022 Court Street,
                  Honesdale, PA 18431-1925
5115037         +Anthony Scottavia,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115038         +Broome County Real Property Tax Svc.,    60 Hawley St., 2nd Floor,    P.O. Box 1766,
                  Binghamton, NY 13902-1766
5131981         +County of Broome (New York),    Broome County Attorneys Office,    PO Box 1766,
                  Binghamton, NY 13902-1766
5115041        #+Fantine Rabier,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115043         +Jerold Summers,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115044         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5115045         +Leticia,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5128382         +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
5118039         +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, Pa. 18976-3403
5138905         +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5125091         +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
5115049         +The CBE Group,    P.O. Box 126,    Waterloo, IA 50704-0126
5115051         +Wayne County Tax Claim Bureau,    County Courthouse,    925 Court St.,    Honesdale, PA 18431-1994
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5115036         +EDI: AMEREXPR.COM Mar 04 2020 00:08:00      American Express,    P.O. Box 981535,
                  El Paso, TX 79998-1535
5133546          EDI: BECKLEE.COM Mar 04 2020 00:08:00      American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
5115040          EDI: WFNNB.COM Mar 04 2020 00:08:00      Comenity Bank,    Bankruptcy Department,
                  P.O. Box 182125,    Columbus, OH 43218-2125
5136924          EDI: DIRECTV.COM Mar 04 2020 00:08:00      Directv, LLC,    by American InfoSource as agent,
                  PO Box 5008,    Carol Stream, IL  60197-5008
5115042          EDI: IRS.COM Mar 04 2020 00:08:00      Internal Revenue Service,    Special Procedures Branch,
                  PO Box 7346,    Philadelphia, PA  19101-7346
5115039          EDI: JPMORGANCHASE Mar 04 2020 00:08:00      Chase,    PO Box 15298,    Wilmington DE 19850
5115046          E-mail/Text: camanagement@mtb.com Mar 03 2020 19:09:06      M&T Bank,    1100 Wehrle Drive,
                  Williamsville, NY 14221
5129430          E-mail/Text: camanagement@mtb.com Mar 03 2020 19:09:06      M&T Bank,    PO Box 840,
                  Buffalo, NY 14240
5115047         +EDI: MID8.COM Mar 04 2020 00:08:00      Midland Funding, LLC,    2365 Northside Drive, Ste. 300,
                  San Diego, CA 92108-2709
5115519         +EDI: PRA.COM Mar 04 2020 00:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5115048          EDI: RMSC.COM Mar 04 2020 00:08:00      Synchrony Bank/Pay Pal,    Attn: Bankruptcy Dept.,
                  P.O. Box 965060,    Orlando, FL 32896-5060
5136479          EDI: AIS.COM Mar 04 2020 00:08:00      Verizon,    by American InfoSource as agent,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
5115050         +EDI: VERIZONCOMB.COM Mar 04 2020 00:08:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                  Suite 550,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3403
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5115052*        +William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:

    Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
     bkecf@sterneisenberg.com
    James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
    John J. Martin    on behalf of Creditor    Ariel Land Owners, Incorporated jmartin@martin-law.net,
     kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
    Mark J. Conway    on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com,
     connie@mjconwaylaw.com;mjc@mjconwaylaw.com
    Mark J. Conway (Trustee)    PA40@ecfcbis.com,
     mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
    Martin A Mooney    on behalf of Creditor    M&T Bank f/k/a Manufactures and Traders Trust Company
     kcollins@schillerknapp.com, lgadomski@schillerknapp.com
    Steven P. Kelly    on behalf of Creditor    M&T Bank skelly@sterneisenberg.com,
     bkecf@sterneisenberg.com
    Tullio  DeLuca    on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    William Edward Miller    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
     bkecf@sterneisenberg.com

                                                                TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William R. Fletcher,<br>aka William Fletcher, | Chapter 7 |
| **Debtor 1** | Case No. 5:18–bk–04165–RNO |

Social Security No.:
xxx–xx–0112

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **June 2, 2020**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self–addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: ToniaWilson, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: March 3, 2020

ntasset(B204)(05/18)