```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 18-04165-RNO
William R. Fletcher                                                Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke                Page 1 of 2                  Date Rcvd: Mar 16, 2020
                              Form ID: 318                   Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
db             +William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738
cr             +Ariel Land Owners, Incorporated,    c/o John J. Martin,    1022 Court Street,
                 Honesdale, PA 18431-1925
5115037        +Anthony Scottavia,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115038        +Broome County Real Property Tax Svc.,    60 Hawley St., 2nd Floor,    P.O. Box 1766,
                 Binghamton, NY 13902-1766
5131981        +County of Broome (New York),    Broome County Attorneys Office,    PO Box 1766,
                 Binghamton, NY 13902-1766
5115041       #+Fantine Rabier,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115043        +Jerold Summers,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5115044        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5115045        +Leticia,    123 Willow Lane,    Lake Ariel, PA 18436-4738
5128382        +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
5118039        +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, Pa. 18976-3403
5138905        +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
5125091        +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
5115049        +The CBE Group,    P.O. Box 126,    Waterloo, IA 50704-0126
5115051        +Wayne County Tax Claim Bureau,    County Courthouse,    925 Court St.,    Honesdale, PA 18431-1994

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5115036        +EDI: AMEREXPR.COM Mar 16 2020 23:03:00      American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
5133546         EDI: BECKLEE.COM Mar 16 2020 23:03:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern   PA 19355-0701
5115040         EDI: WFNNB.COM Mar 16 2020 23:03:00      Comenity Bank,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
5136924         EDI: DIRECTV.COM Mar 16 2020 23:03:00      Directv, LLC,    by American InfoSource as agent,
                 PO Box 5008,    Carol Stream, IL 60197-5008
5115042         EDI: IRS.COM Mar 16 2020 23:03:00      Internal Revenue Service,    Special Procedures Branch,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5115039         EDI: JPMORGANCHASE Mar 16 2020 23:03:00      Chase,    PO Box 15298,    Wilmington DE 19850
5115046         E-mail/Text: camanagement@mtb.com Mar 16 2020 18:58:35      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
5129430         E-mail/Text: camanagement@mtb.com Mar 16 2020 18:58:35      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
5115047        +EDI: MID8.COM Mar 16 2020 23:03:00      Midland Funding, LLC,    2365 Northside Drive, Ste. 300,
                 San Diego, CA 92108-2709
5115519        +EDI: PRA.COM Mar 16 2020 23:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5115048         EDI: RMSC.COM Mar 16 2020 23:03:00      Synchrony Bank/Pay Pal,    Attn: Bankruptcy Dept.,
                 P.O. Box 965060,    Orlando, FL 32896-5060
5136479         EDI: AIS.COM Mar 16 2020 23:03:00      Verizon,    by American InfoSource as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
5115050        +EDI: VERIZONCOMB.COM Mar 16 2020 23:03:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,    Weldon Spring, MO 63304-2225
                                                                                                TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3403
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5115052*       +William R. Fletcher,    123 Willows Lane,    Lake Ariel, PA 18436-4738
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                            Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:

　　　　　Christopher M. McMonagle　　on behalf of Creditor　　M&T Bank cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
　　　　　James Warmbrodt　　on behalf of Creditor　　M&T Bank bkgroup@kmllawgroup.com
　　　　　John J. Martin　　on behalf of Creditor　　Ariel Land Owners, Incorporated jmartin@martin-law.net, kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
　　　　　Mark J. Conway　　on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com, connie@mjconwaylaw.com;mjc@mjconwaylaw.com
　　　　　Mark J. Conway (Trustee)　　PA40@ecfcbis.com, mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
　　　　　Martin A Mooney　　on behalf of Creditor　　M&T Bank f/k/a Manufactures and Traders Trust Company kcollins@schillerknapp.com, lgadomski@schillerknapp.com
　　　　　Steven P. Kelly　　on behalf of Creditor　　M&T Bank skelly@sterneisenberg.com, bkecf@sterneisenberg.com
　　　　　Tullio DeLuca　　on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　William Edward Miller　　on behalf of Creditor　　M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William R. Fletcher | Social Security number or ITIN xxx–xx–0112 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN __–_____ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:18–bk–04165–RNO

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William R. Fletcher
aka William Fletcher

**By the court:**

*signature: Robt N. Opel II*

3/16/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**