**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 5-18-04165-RNO** |
| | : | |
| **WILLIAM R. FLETCHER,** | : | **CHAPTER 7** |
| | : | |
| **DEBTOR.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**TRUSTEE'S CERTIFICATION OF NO OBJECTION OR ANSWER TO**
**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY**

The Chapter 7 Trustee, Mark J. Conway, Esquire, hereby certifies that there has

been no response or answer to the Notice of Trustee's Intent to Abandon Property in the

above-captioned matter. Accordingly, the Trustee respectfully requests this Court to issue

the appropriate Order.

                                        **LAW OFFICES OF MARK J. CONWAY, P.C.**


                                        /s/ Mark J. Conway
                                        MARK J. CONWAY, ESQ.
                                        502 South Blakely Street
                                        Dunmore, PA  18512
                                        (570) 343-5350

                                        Counsel for Chapter 7 Trustee

Dated:  June 19, 2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 5-18-04165-RNO** |
| | : | |
| **WILLIAM R. FLETCHER,** | : | **CHAPTER 7** |
| | : | |
| **DEBTOR.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>CERTIFICATE OF SERVICE</u>

I, Constance Norvilas, Paralegal, hereby certify that on this 19th day of June, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov


Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504
tullio.deluca@verizon.net


**LAW OFFICES OF MARK J. CONWAY, P.C.**


 <u>/s/ Constance Norvilas</u>
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA  18512
Phone (570) 343-5350
Fax (570) 343-5377