```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-04165-RNO
William R. Fletcher                                                 Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5         User: AutoDocke              Page 1 of 1              Date Rcvd: Jul 02, 2020
                             Form ID: ntcltrdb            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5115040         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 02 2020 19:42:17      Comenity Bank,
                Bankruptcy Department,    P.O. Box 182125,   Columbus, OH 43218-2125
                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    M&T Bank cmcmonagle@sterneisenberg.com,
               bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Creditor    Ariel Land Owners, Incorporated jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Mark J. Conway    on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              Martin A Mooney    on behalf of Creditor    M&T Bank f/k/a Manufactures and Traders Trust Company
               kcollins@schillerknapp.com,  lgadomski@schillerknapp.com
              Steven P. Kelly    on behalf of Creditor    M&T Bank skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              Tullio  DeLuca    on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                           TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William R. Fletcher,
aka William Fletcher,

    **Debtor 1**

Chapter 7

Case No. 5:18–bk–04165–RNO

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#15) has been filed by the Trustee on behalf of Commenity Bank in the amount of $217.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 2, 2020 |

ntcltrdb 05/18