```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 18-04165-RNO
William R. Fletcher                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 1      Date Rcvd: Jul 14, 2020
                          Form ID: ntcltrdb      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5115040         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2020 20:20:40     Comenity Bank,
         Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
                                                                                                                      TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:
        Christopher M. McMonagle   on behalf of Creditor   M&T Bank cmcmonagle@sterneisenberg.com,
         bkecf@sterneisenberg.com
        James Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        John J. Martin   on behalf of Creditor   Ariel Land Owners, Incorporated jmartin@martin-law.net,
         kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
        Mark J. Conway   on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com,
         connie@mjconwaylaw.com;mjc@mjconwaylaw.com
        Mark J. Conway (Trustee)   PA40@ecfcbis.com,
         mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
        Martin A Mooney   on behalf of Creditor   M&T Bank f/k/a Manufactures and Traders Trust Company
         kcollins@schillerknapp.com,   lgadomski@schillerknapp.com
        Steven P. Kelly   on behalf of Creditor   M&T Bank skelly@sterneisenberg.com,
         bkecf@sterneisenberg.com
        Tullio DeLuca   on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William Edward Miller   on behalf of Creditor   M&T Bank wmiller@sterneisenberg.com,
         bkecf@sterneisenberg.com
                                                                                                                          TOTAL: 10

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | |
|---|---|
| William R. Fletcher,<br>aka William Fletcher, | Chapter     7 |
| **Debtor 1** | Case No.     5:18−bk−04165−RNO |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#15) has been filed by the Trustee on behalf of Comenity Bank in the amount of $217.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 14, 2020 |

ntcltrdb 05/18