IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 5-18-04165-PMM |
| WILLIAM R. FLETCHER, | |
| AKA WILLIAM FLETCHER, | |
| DEBTOR. | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WILLIAM R. FLETCHER AKA WILLIAM FLETCHER, | |
| MOVANT, | |
| VS. | |
| AMERICAN EXPRESS BANK, FSB, CITIBANK, N.A., INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA, | |
| ATTN: CORPORATE OFFICER OR PERSON IN CHARGE | |
| RESPONDENTS. | |

## NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF TRUSTEE'S INTENTION TO SELL REAL PROPERTIES
## FREE AND CLEAR OF LIENS AND ENCUMBRANCES

**NOTICE IS HEREBY GIVEN** that a Trustee's Motion Seeking Authority for Sale Free and Clear of Liens and Encumbrances has been filed with the Bankruptcy Court by the Chapter 7 Trustee, Mark J. Conway.

It is the intention of the Trustee to sell free and clear of liens and encumbrances, the Debtor's real properties and improvements known as 180 and 219 GAF Lake Road, Town of Windsor, Broome County, New York, to My Green Acres, Inc. for the sum of One Hundred Sixty-Eight Thousand Three Hundred and Ninety-Four Dollars ($168,394.00). Closing costs shall be paid at closing as set forth in the Motion. Liens, if any, shall attach to the sale proceeds.

The Motion may be examined during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701. All inquiries, including inquiries to examine the property prior to sale should be directed to Mark J. Conway, Esquire, at the address and phone number listed below and not to the United States Bankruptcy Court Clerk.

**Any objections to this Motion must be filed with the Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, Pennsylvania 18701, with a copy served upon Mark J. Conway, Esq., 502 South Blakely Street, Dunmore, PA 18512,** on or before twenty-one (21) days from the date of this Notice. In the absence of any timely filed Objections, the Court may enter an Order authorizing the sale requested under this Motion.

In the event Objections or Responses are filed, a hearing will be held <u>on April 29, 2021 at 1:00 P.M. at the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, Courtroom #2, 197 South Main Street, Wilkes-Barre, PA 18701</u>. For requests to participate in the hearing remotely via Zoom, please review L.B.R. 9074-1 and the Remote Appearance Guide on the website for the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

**LAW OFFICES OF MARK J. CONWAY, P.C.**
502 South Blakely St.
Dunmore, PA 18512
(570) 343-5350
Counsel for Trustee

DATED: April 6, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::
IN RE: :
:  CASE NO. 5-18-04165-PMM
WILLIAM R. FLETCHER, :
AKA WILLIAM FLETCHER, :
:
DEBTOR. :  CHAPTER 7
::::::::::::::::::::::::::::::::::::::::::::::::::::
MARK J. CONWAY, CHAPTER 7 :
TRUSTEE FOR THE ESTATE OF :
WILLIAM R. FLETCHER :
AKA WILLIAM FLETCHER, :
:
MOVANT, :
:
VS. :
:
AMERICAN EXPRESS BANK, FSB, :
CITIBANK, N.A., :
INTERNAL REVENUE SERVICE, :
UNITED STATES OF AMERICA, :
:
ATTN: CORPORATE OFFICER OR :
PERSON IN CHARGE :
:
RESPONDENTS. :
::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on the 5th day of April, 2021, I served the Trustee's Motion Seeking Authority to Sell Real Properties of the Estate Free and Clear of Liens and Encumbrances and proposed Order with the Clerk using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addresses:

U.S. Trustee
Middle District of PA
228 Walnut Street

Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA 18504
tullio.deluca@verizon.net

and I hereby certify that on the 6th day of April, 2021, I mailed by United States Postal Service first class mail, with postage pre-paid thereon, the Trustee's Motion Seeking Authority to Sell Real Properties of the Estate Free and Clear of Liens and Encumbrances and proposed Order, along with a Notice and the Order Setting Response Time and Hearing Date issued by the Clerk's Office to the following non CM/ECF participants at the following postal addresses:

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7436
Philadelphia, PA 19101-7436

Attn: Corporate Officer or Person in Charge

Antoinette T. Bacon, Esquire
Acting U.S. Attorney for the Northern District of New York
U.S. Attorney's Office
319 Federal Building
15 Henry Street
Binghamton, NY 13901

Attn: Corporate Officer or Person in Charge

Bruce Brandler, Esquire
Acting U.S. Attorney for the Middle District of Pennsylvania
Harrisburg Federal Building and Courthouse
228 Walnut Street, Ste. 220
P.O. Box 11754
Harrisburg, PA 17108-1754

Attn: Corporate Officer or Person in Charge

Merrick Garland, Esquire
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Attn: Corporate Officer or Person in Charge

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57117

Attn: Corporate Officer or Person in Charge

Adrienne Cervenka, Esquire
Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, NY 11749
Counsel for Citibank, N.A.

Attn: Corporate Officer or Person in Charge

American Express Bank, FSB
4315 S. 2700 West
Salt Lake City, UT 84148

Attn: Corporate Officer or Person in Charge

Steven P. Bann, Esquire
Zwicker & Associates, P.C.
100 Corporate Woods, Suite 230
Rochester, NY 14623

Attn: Corporate Officer or Person in Charge

    and I hereby certify that on the 6th day of April, 2021, I mailed by United States Postal Service first class mail, with postage pre-paid thereon, the Notice of Trustee's Motion to Sell Real Properties Free & Clear of Liens & Encumbrances to all parties on the attached mailing matrix.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:18-bk-04165-PMM<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Apr  6 12:28:16 EDT 2021 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Anthony Scottavia<br>123 Willow Lane<br>Lake Ariel, PA 18436-4738 | Ariel Land Owners, Incorporated<br>c/o John J. Martin<br>1022 Court Street<br>Honesdale, PA 18431-1925 | Broome County Real Property Tax Svc.<br>60 Hawley St., 2nd Floor<br>P.O. Box 1766<br>Binghamton, NY 13902-1766 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity Bank<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Mark J. Conway<br>Law Offices of Mark J Conway PC<br>502 South Blakely Street<br>Dunmore, PA 18512-2237 |
| Mark J. Conway (Trustee)<br>502 South Blakely Street<br>Dunmore, PA 18512-2237 | County of Broome (New York)<br>Broome County Attorneys Office<br>PO Box 1766<br>Binghamton, NY 13902-1766 | Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504-2005 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL  60197-5008 | Fantine Rabier<br>123 Willow Lane<br>Lake Ariel, PA 18436-4738 | William R. Fletcher<br>123 Willows Lane<br>Lake Ariel, PA 18436-4738 |
| Internal Revenue Service<br>Special Procedures Branch<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Jerold Summers<br>123 Willow Lane<br>Lake Ariel, PA 18436-4738 | Steven P. Kelly<br>Stern & Eisenberg, P.C.<br>1581 Main Street<br>Ste 200<br>Warrington, PA 18976-3403 |
| Law offices of Tullio DeLuca<br>381 N. 9th Avenue<br>Scranton, PA 18504-2005 | Leticia<br>123 Willow Lane<br>Lake Ariel, PA 18436-4738 | M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 |
| M&T Bank<br>Stern & Eisenberg, PC<br>1581 Main Street<br>Suite 200<br>Warrington, PA 18976-3403 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | John J. Martin<br>Law Offices John J. Martin<br>1022 Court Street<br>Honesdale, PA 18431-1925 |
| Christopher M. McMonagle<br>Timoney Knox, LLP<br>400 Maryland Drive<br>P.O. Box 7544<br>Fort Washington, PA 19034-7544 | Midland Funding, LLC<br>2365 Northside Drive, Ste. 300<br>San Diego, CA 92108-2709 | William Edward Miller<br>Friedman Vartolo LLP<br>85 Broad St.<br>Suite 501<br>Ste 200<br>New York, NY 10004-2434 |
| Martin A Mooney<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>950 New Loudon Road<br>Ste. 109<br>Latham, NY 12110-2182 | PPL Electric Utilities<br>827 Hausman Road<br>Allentown, PA 18104-9392 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>Warrington, PA 18976-3403 | Synchrony Bank/Pay Pal<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony BankPay Pal<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | The CBE Group<br>P.O. Box 126<br>Waterloo, IA 50704-0126 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Verizon Bankruptcy Dept.<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304-2225 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 |
| Wayne County Tax Service Department<br>925 Court St.<br>Honesdale, PA 18431-1983 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>PO Box 15298<br>Wilmington DE 19850 | M&T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 14221 | (d)M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)M&T Bank<br>Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>Warrington, Pa. 18976-3403 | (u)M&T Bank f/k/a Manufactures and Traders Tr | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (d)William R. Fletcher<br>123 Willows Lane<br>Lake Ariel, PA 18436-4738 | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients    4<br>Total                 43 | |