IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-18-04165-PMM |
| WILLIAM R. FLETCHER, | |
| AKA WILLIAM FLETCHER, | |
| DEBTOR. | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WILLIAM R. FLETCHER AKA WILLIAM FLETCHER, | |
| MOVANT, | |
| VS. | |
| AMERICAN EXPRESS BANK, FSB, CITIBANK, N.A., INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA, | |
| ATTN: CORPORATE OFFICER OR PERSON IN CHARGE | |
| RESPONDENTS. | |

**TRUSTEE'S CERTIFICATION OF NO OBJECTION OR ANSWER TO TRUSTEE'S MOTION AND NOTICE SEEKING AUTHORITY TO SELL REAL PROPERTIES <u>OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES</u>**

The Chapter 7 Trustee, Mark J. Conway, Esquire, hereby certifies that there has been no response or answer to the Trustee's Motion filed on April 5, 2021 (Dkt. No. 92) and Notice filed on April 6, 2021 (Dkt. No. 94) Seeking Authority to Sell Real Properties of the Estate Free and Clear of Liens and Encumbrances in the above-captioned

matter. Accordingly, the Trustee respectfully requests this Court to issue the appropriate

Order approving the Motion to Sell.

                                                               **LAW OFFICES OF MARK J. CONWAY, P.C.**

                                                               /s/ Mark J. Conway
                                                               MARK J. CONWAY, ESQ.
                                                               502 South Blakely Street
                                                               Dunmore, PA  18512

Dated:  April 28, 2021                          (570) 343-5350

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-18-04165-PMM |
| WILLIAM R. FLETCHER, : | |
| AKA WILLIAM FLETCHER, : | |
| DEBTOR. : | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 : | |
| TRUSTEE FOR THE ESTATE OF : | |
| WILLIAM R. FLETCHER : | |
| AKA WILLIAM FLETCHER, : | |
| MOVANT, : | |
| VS. : | |
| AMERICAN EXPRESS BANK, FSB, : | |
| CITIBANK, N.A., : | |
| INTERNAL REVENUE SERVICE, : | |
| UNITED STATES OF AMERICA, : | |
| ATTN: CORPORATE OFFICER OR : | |
| PERSON IN CHARGE : | |
| RESPONDENTS. : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 28th day of April, 2021, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190

Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

**LAW OFFICES OF MARK J. CONWAY, P.C.**

<u>/s/ Constance Norvilas</u>
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377