In re:  Case No. 18-04165-PMM
William R. Fletcher  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 29, 2021      Form ID: pdf010      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Adrienne Cervenka, Esquire, Rubin & Rothman, LLC, 1787 Veterans Highway, Islandia, NY 11749, Counsel for Citibank, N.A. 11749-1500 Attn: Corporate Officer or Person in Cha |
| | + | American Express Bank, FSB, 4315 S. 2700 West, Salt Lake City, UT 84148-0001, Attn: Corporate Officer or Person in Cha |
| | + | Antoinette T. Bacon, Esquire, Acting U.S. Attorney for the Northern Di, U.S. Attorneys Office, 319 Federal Building, 15 Henry Street Binghamton, NY 13901-2723 |
| | | Bruce Brandler, Esquire, Acting U.S. Attorney for the Middle Dist, Harrisburg Federal Building and Courthou, 228 Walnut Street, Ste. 220, P.O. Box 11754 Harrisburg, PA 17108-1754 |
| | | Merrick Garland, Esquire, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 Attn: Corporate Officer or Person in Cha |
| | + | Steven P. Bann, Esquire, Zwicker & Associates, P.C., 100 Corporate Woods, Suite 230, Rochester, NY 14623-1423, Attn: Corporate Officer or Person in Cha |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2021 19:10:11 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493, Attn: Corporate Officer or Person in Cha |
| | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 29 2021 18:54:00 | Internal Revenue Service, Central Insolvency Operation, P.O. Box 7436, Philadelphia, PA 19101-7436, Attn: Corporate Officer or Person in Cha |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | on behalf of Creditor M&T Bank cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| John J. Martin | on behalf of Creditor Ariel Land Owners Incorporated jmartin@martin-law.net, kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com |
| Mark J. Conway | on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com connie@mjconwaylaw.com;mjc@mjconwaylaw.com |
| Mark J. Conway (Trustee) | PA40@ecfcbis.com mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com |
| Martin A Mooney | on behalf of Creditor M&T Bank f/k/a Manufactures and Traders Trust Company kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Steven P. Kelly | on behalf of Creditor M&T Bank skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Tullio DeLuca | on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William Edward Miller | on behalf of Creditor M&T Bank wmiller@friedmanvartolo.com wedwardmiller@gmail.com |

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-18-04165-PMM |
| WILLIAM R. FLETCHER, AKA WILLIAM FLETCHER, | |
| DEBTOR. | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 TRUSTEE FOR THE ESTATE OF WILLIAM R. FLETCHER AKA WILLIAM FLETCHER, | |
| MOVANT, | |
| VS. | |
| AMERICAN EXPRESS BANK, FSB, CITIBANK, N.A., INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA, | |
| ATTN: CORPORATE OFFICER OR PERSON IN CHARGE | |
| RESPONDENTS. | |

## ORDER

**Upon** consideration of the Chapter 7 Trustee's Motion to Sell Real Properties of the Estate Free and Clear of Liens and Encumbrances, and after notice to all creditors and parties-in-interest entitled to notice, it is hereby

**ORDERED AND DECREED**

    i)    That the Motion is hereby **GRANTED**; and

    ii)   That the Trustee shall be authorized to sell the real properties known as 180 and 219 GAF Lake Road, Town of Windsor, Broome County,

State of New York, free and clear of liens and encumbrances, as is, where is, with all faults, as set forth in the Motion, to My Green Acres, Inc., for the sum of One Hundred Sixty-Eight Thousand Three Hundred Ninety-Four Dollars ($168,394.00); and

iii) That the Trustee shall be authorized to execute any and all documents necessary to consummate the subject sale, including a Trustee's Deed on behalf of the Debtor conveying title of the subject properties to the buyer and to distribute the sale proceeds as set forth in the Motion; and

iv) That the Trustee shall be authorized to pay closing costs and real estate taxes and municipal liens on the sale of the real property from the sale proceeds to the extent necessary, the Realtor Commission of 6%, any out-of-pocket expenses advanced or incurred by the Trustee in connection with the sale of the Properties, which have not been reimbursed at the time of settlement and the Trustee's counsel fees and expenses, without further application to the Court;

v) That the Trustee is further authorized to pay the secured claims against the Properties in the order of their priority at closing, without further application to the Court; and

vi) The Court finds that the Trustee's sale is being made in "good faith" and this is a Final Order not subject to the fourteen (14) day stay under Bankruptcy Rule 6004(h).

Dated: 04/29/21

*Patricia M. Mayer*

Patricia M. Mayer, Judge
United States Bankruptcy Court