IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::::
IN RE: :
: CASE NO. 5-18-04165-PMM
WILLIAM R. FLETCHER :
AKA WILLIAM FLETCHER, : CHAPTER 7
:
DEBTOR. :
::::::::::::::::::::::::::::::::::::::::::::::::::::::

## REPORT OF PRIVATE SALE OF REAL PROPERTY

1. DATE OF SALE: June 15, 2021

2. TRUSTEE: Mark J. Conway

3. PURCHASER: My Green Acres, Inc., 153 Broadway, Lynbrook, NY 11563.

4. BRIEF DESCRIPTION OF ASSET/PROPERTY ADDRESS: Real Property - 180 and 219 GAF Lake Road, Windsor, Broome County, New York.

5. CONTRACT SALES PRICE: $168,394.00 (See attached HUD-1 Page 1, Lines 101 and 401)

6. GROSS SALES PRICE: $169,775.05 (See attached HUD-1 Page 1, Line 420)

7. NET TO SELLER: $61,167.69 (See attached HUD-1 Page 1, Line 603)

8. OTHER COSTS: $108,607.36 (See attached HUD-1 Page 1, Lines 520, 602)

9. NET AMOUNT REALIZED BY THE ESTATE: $61,167.69.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

DATE: June 16, 2021

/s/ Mark J. Conway
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-18-04165-PMM |
| WILLIAM R. FLETCHER : | |
| AKA WILLIAM FLETCHER, : | CHAPTER 7 |
| : | |
| DEBTOR. : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 16th day of June, 2021, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 W. Market Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov


**LAW OFFICES OF MARK J. CONWAY, P.C.**

 /s/ Constance Norvilas
Constance Norvilas, Paralegal
502 S. Blakely St.
Dunmore, PA 18512
(570) 343-5350

# HUD - 1 UNIFORM SETTLEMENT STATEMENT

OMB Approval No. 2502-0265

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | SETTLEMENT STATEMENT |
|---|---|---|
| B. TYPE OF LOAN <br> 1. ☒ FHA  2. ☐ FmHA  3. ☐ Conv. Unins <br> 4. ☐ VA  5. ☐ Conv. Ins | 6. File Number: <br> 8. Mortgage Insurance Case Number | 7. Loan Number: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: <br> My Green Acres, Inc. <br> 153 Broadway <br> Lynbrook, NY 11563 | E. NAME, ADDRESS AND TIN OF SELLER: <br> Mark Conway, Chapter 7 Trustee <br> 502 South Blakely Street <br> Dunmore, PA 18512 | F. NAME AND ADDRESS OF LENDER: <br> CASH DEAL |
|---|---|---|
| G. PROPERTY LOCATION: <br> 180 and 219 GAF Lake Road <br> Windsor, NY 13865 <br><br> Lot 164.02-1-27.1 <br> Block 148.03-2-13.12 | H. SETTLEMENT AGENT NAME, ADDRESS AND TIN <br> Leasure, Gow, Munk & Rizzuto <br> 101 Jefferson Avenue, Endicott, NY 13760 <br> PLACE OF SETTLEMENT | I. SETTLEMENT DATE 06/15/2021 <br><br> FUNDING DATE 06/15/2021 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract sales price | 168,394.00 | 401. Contract sales price | 168,394.00 |
| 102. Personal property | | 402. Personal property | 1.00 |
| 103. Settlement charges to borrower (Line 1400) | 2,400.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. Town: $1.58/day x 199 days | 314.42 | 409. Town: $1.58/day x 199 days | 314.42 |
| 110. Town: $4.47/day x 199 days | 889.53 | 410. Town: $4.47/day x 199 days | 889.53 |
| 111. School: $3.07/day x 15 days | 46.05 | 411. School: $3.07/day x 15 days | 46.05 |
| 112. School: $8.67/day x 15 days | 130.05 | 412. School: $8.67/day x 15 days | 130.05 |
| 120. GROSS AMOUNT DUE FROM BORROWER | 172,174.05 | 420. GROSS AMOUNT DUE TO SELLER | 169,775.05 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (Line 1400) | 108,607.36 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 5,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 108,607.36 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT FROM/TO SELLER | |
| 301. Gross amount due from borrower (Line 120) | 172,174.05 | 601. Gross amount due to seller (Line 420) | 169,775.05 |
| 302. Less amount paid by/for borrower (Line 220) | 5,000.00 | 602. Less reduction in amount due seller (Line 520) | 108,607.36 |
| 303. Cash ☒ From ☐ To Borrower | 167,174.05 | 603. Cash ☒ To ☐ From Seller | 61,167.69 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following. * HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; * Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; * Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality

© EASY SOFT 2008 Previous editions are obsolete Page 1 form HUD-1 (3/86) ref Handbook 4305.2

## L. SETTLEMENT CHARGES

| | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL SALES/BROKER's COMMISSION** based on price $168,394.00 @ | | |
| Division of Commission (line 700) as follows: | | |
| 701. $ to Exit Realty $168,394.00 @ 3% = $5,051.82 | | |
| 702. $ to Linda Kent $168,394.00 @ 3%=$5,051.82 | | |
| 703. Commission paid at Settlement | | |
| 704. | | 10,103.64 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee $ | | |
| 802. Loan Discount $ | | |
| 803. Appraisal Fee to | | |
| 804. Credit report to | | |
| 805. Lender's Inspection Fee to | | |
| 806. | | |
| 807. | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 812. | | |
| 813. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest from 06/15/2021-07/01/2021 | | |
| 902. Mortgage Insurance Premium for | | |
| 903. Hazard insurance Premium for | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City Property Taxes | | |
| 1004. County Property Taxes | | |
| 1005. Annual assessments | | |
| 1006. | | |
| 1007. | | |
| 1008. Aggregate Accounting Adjustment | | |
| **1100. TITLE CHARGES** | 0.00 | |
| 1101. Settlement or closing fee to | | |
| 1102. Abstract or title search to | | |
| 1103. Title Examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to Leasure, Gow, Munk & Rizzuto (buyer) (includes line numbers: | 1,000.00 | |
| 1108. Title Insurance to Leasure, Gow, Munk & Rizzuto (includes line numbers: | 885.00 | |
| 1109. Lender's coverage $ Premium $ 0.00 | | |
| 1110. Owner's coverage $ Premium $ 0.00 | | |
| 1111. Wire Fee to Leasure Gow Munk Rizzuto | 50.00 | 50.00 |
| 1112. Expedited Courier/Postage/Mail Charges to Leasure Gow Munk Rizzuto | 100.00 | |
| 1113. Bring down search to Closing Estimated | 150.00 | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording fees: Deed $ 90.00 Mortgage $ Release $ | 90.00 | |
| 1202. City/cnty tax/stamps: Deed $ Mortgage $ | | |
| 1203. State tax/stamps: Deed $ 842.50 Mortgage $ | | 842.50 |
| 1204. E & A Form (Buyer)/TP-584 (Seller) to Broome County Clerk | 125.00 | 10.00 |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. Back Taxes 180 GAF to BC Director of OMB | | 44,179.12 |
| 1304. Back Taxes 219 GAF to BC Director of OMB | | 45,839.36 |
| 1305. 2021 Town of Windsor Tax Bill (with school relevy) to BC Director of OM | | 1,981.71 |
| 1306. 2021 Town of Windsor Tax Bill (with school relevy) to BC Director of OM | | 5,601.03 |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 2,400.00 | 108,607.36 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.

Seller  *[signature]*  Mark Conway, Chapter 7 Trustee

Borrower  *[signature]*  My Green Acres, Inc.

Seller

Borrower

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds disbursed or to be disbursed by the undersigned as part of the settlement of this transaction.

*[signature]*

Settlement Agent  Leasure, Gow, Munk & Rizzuto       Date  06/15/2021

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

© EASY SOFT 2008 Previous editions are obsolete