IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-18-04165-HWV |
| WILLIAM R. FLETCHER : | |
| AKA WILLIAM FLETCHER, : | CHAPTER 7 |
| : | |
| DEBTOR. : | |

**CERTIFICATION OF NO OBJECTION
OR ANSWER TO TRUSTEE'S FORMER COUNSEL'S
APPLICATION FOR ALLOWANCE OF COMEPENSATION AND EXPENSES**

  Brian E. Manning, counsel for Law Offices of Mark J. Conway, P.C., hereby certifies that there has been no response or answer to the First Application for Allowance of Compensation and Expenses for Counsel for Trustee filed on July 21, 2021 at docket number 102 in the above-captioned matter. Accordingly, the Applicant respectfully requests this Court to issue the appropriate Order.

              **LAW OFFICES OF BRIAN E. MANNING**

              /s/ Brian E. Manning
              BRIAN E. MANNING, ESQUIRE
              502 South Blakely Street, Ste. B
              Dunmore, PA 18512
              Phone (570) 558-1126

DATED: September 10, 2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-18-04165-HWV |
| WILLIAM R. FLETCHER : | |
| AKA WILLIAM FLETCHER, : | CHAPTER 7 |
| : | |
| DEBTOR. : | |

### CERTIFICATE OF SERVICE

I, Brian E. Manning, Esquire, hereby certify that on this 10th day of September 2021, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

**LAW OFFICES OF BRIAN E. MANNING**

/s/ Brian E. Manning
BRIAN E. MANNING, ESQUIRE
502 South Blakely Street, Ste. B
Dunmore, PA 18512
Phone (570) 558-1126

DATED: September 10, 2021