UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>FLETCHER, WILLIAM R.<br><br>　　　　　　　　　　Debtor | Chapter 7<br><br>Case No. 18-04165 |

**AMENDED NOTICE**

      NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, without further notice or hearing unless a party in interest files an objection/response on or before May 2, 2023. Notice is hereby given that a First and Final Application for Allowance of Fees and for reimbursement of Costs and Expenses for Accountant for Trustee, has been filed by Robert P. Sheils, Jr., Esquire, Attorney for Trustee. The Application seeks the authority to pay Eric J. Beliler, CPA & CO., LLC the sum of $1,180.00 for services rendered and for expenses incurred. No prior Order for payment of fees has been made in this case.

      Any creditor or other party in interest desiring to object to or otherwise be heard on the Application must file any objections with the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania, The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA 17102, and serve copies thereof upon the Attorney for Trustee, Robert P. Sheils, Jr., at the address set forth below within twenty one (21) days following the date of this Notice. If objections to the Application are filed, a hearing will be held on May 2, 2023 at 9:35 a.m., The Sylvia H. Rambo US Courthouse, 1501 North 6th Street, Bankruptcy Courtroom 8, 4th Floor, Harrisburg, PA. If no objections are filed, an appropriate Order may be entered.

Dated:  4/11/23

/s/ Robert P. Sheils, Jr.
Robert P. Sheils, Jr.
Trustee