UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLANIA
WILKES-BARRE DIVISION

| IN RE: | Chapter 7 |
|---|---|
| FLETCHER, WILLIAM R. | Case No. 18-04165 |
| Debtor | |

## CERTIFICATE OF NO OBJECTION

**AND NOW,** this 3rd day of May 2023, I, Jill E. Durkin, Esquire, hereby certify that no objections were filed to the First and Final Fee Application of Eric J. Bleiler, CPA & Co., LLC, as Accountant for Trustee.

Durkin Law, LLC

Dated: May 3, 2023

/s/ Jill E. Durkin, Esquire
Jill E. Durkin, Esquire
Supreme Court ID: 88640
Durkin Law, LLC
401 Marshbrook Road
Factoryville, PA 18419
570-881-4158
jilldurkinsq@gmail.com