**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| In re: | WILLIAM R. FLETCHER | § | Case No. 18-04165 |
|---|---|---|---|
| | WILLIAM FLETCHER | § | |
| | | § | |
| | | § | |
| | Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/01/2018. The case was converted to one under Chapter 7 on 10/29/2019. The undersigned trustee was appointed on 07/30/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 168,395.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 45,839.36 |
| Administrative expenses | 62,695.42 |
| Bank service fees | 2,443.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 57,416.84 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/02/2020 and the deadline for filing governmental claims was 04/26/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,669.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,669.75, for a total compensation of $11,669.75[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $473.17 for total expenses of $473.17[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2024

By: /s/ Robert P. Sheils, Jr.
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 18-04165
**Case Name:** WILLIAM R. FLETCHER

**For Period Ending:** 06/27/2024

**Trustee Name:** (580490) Robert P. Sheils, Jr.
**Date Filed (f) or Converted (c):** 10/29/2019 (c)
**§ 341(a) Meeting Date:** 01/03/2020
**Claims Bar Date:** 06/02/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 123 Willow Lane, Lake Ariel, PA 18736, Wayne County<br>Orig. Asset Memo: Imported from original petition Doc# 1<br>6/26/2020 - Order abandoning property issued. | 400,000.00 | 189,275.32 | OA | 0.00 | FA |
| 2 | 218-218 1/2 Lincoln Ave., Endicott, NY 13760, Broome County<br>Orig. Asset Memo: Imported from original petition Doc# 1 - See Dkt. Entry Nos. 17 & 21, wherein M&T Bank filed a 362 Motion advising that it had purchased the property at foreclsoure sale; however, Debtor claimed an interest in his schedules. | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | 180 & 219 GAF Lake Rd. Windsor, NY<br>Orig. Asset Memo: Imported from original petition Doc# 1 - Property was intially listed for $219,000.00 & after a recent reduction in price, it is currently listed for $190,000.00 with a NYS Realtor. Property sold for $168,935.00 on 6/15/21.<br>Report of Sale Doc. #99 | 303,250.00 | 120,068.68 | | 168,395.00 | FA |
| 4 | 3701 Kirk Rd., Endwell, NY 13760, Broome County<br>Orig. Asset Memo: Imported from original petition Doc# 1 - See Dkt. Entry Nos. 19 & 23, wherein M&T Bank filed a 362 Motion advising that it had purchased the property at foreclsoure sale; however, Debtor claimed an interest in his schedules. | 250,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2009 Chevy Silverado, 100,000 miles, 2009 Chevy<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2009 BMW motorcycle, 80,000 miles, 2009 BMW moto<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | 2007 Harley Davidson motorcydle, 80,000 miles, 2<br>Orig. Asset Memo: Imported from original petition Doc#1 | 5,000.00 | 4,960.00 | | 0.00 | FA |
| 8 | backhoe<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Trailers (6)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | Household Goods & Furnshings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,675.00 | 175.00 | | 0.00 | FA |
| 11 | camera<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 18-04165
**Case Name:** WILLIAM R. FLETCHER

**For Period Ending:** 06/27/2024

**Trustee Name:** (580490) Robert P. Sheils, Jr.
**Date Filed (f) or Converted (c):** 10/29/2019 (c)
**§ 341(a) Meeting Date:** 01/03/2020
**Claims Bar Date:** 06/02/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | clothes<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | watch<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 15 | Checking account: Checking account, NBA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | accounts receivable- may be uncollectible<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$1,234,185.00** | **$328,479.00** | | **$168,395.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR being prepared

**Initial Projected Date Of Final Report (TFR):** 12/31/2020

**Current Projected Date Of Final Report (TFR):** 06/27/2024 (Actual)

# Form 2
# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-04165 | **Trustee Name:** | Robert P. Sheils, Jr. (580490) |
| **Case Name:** | WILLIAM R. FLETCHER | **Bank Name:** | People's United Bank |
| **Taxpayer ID #:** | **-***0764 | **Account #:** | ******2504 Checking Account |
| **For Period Ending:** | 06/27/2024 | **Blanket Bond (per case limit):** | $5,519,765.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/21 | | LEASURE GOW MUNK & RIZZUTO - IOLA ACC | SALE PROCEEDS RECEIVED VIA WIRE | | 61,167.69 | | 61,167.69 |
| | {3} | | CONTRACT SALES PRICE PLUS $1.00 FOR PERSONAL PROPERTY $168,395.00 | 1110-000 | | | |
| | | | WIRE FEE TO CLOSING AGENT -$50.00 | 2500-000 | | | |
| | | | SELLER'S PORTION OF STATE TAX -$842.50 | 2500-000 | | | |
| | | | SELLER'S FILING FEE - TP-584 -$10.00 | 2500-000 | | | |
| | | | 2017-2020 DELINQUENT REAL ESTATE TAXES - 180 GAF LAKE RD., WINDSOR, NY -$44,179.12 | 2820-000 | | | |
| | | County of Broome (New York) County of Broome (New York) | 2017-2020 DELINQUENT REAL ESTATE TAXES - 219 GAF LAKE RD., WINDSOR, NY -$45,839.36 | 4800-000 | | | |
| | | | 2021 REAL ESTATE TAXES - 180 GAF LAKE RD., WINDSOR, NY -$1,621.24 | 2820-000 | | | |
| | | | 2021 REAL ESTATE TAXES - 219 GAF LAKE RD., WINDSOR, NY -$4,581.45 | 2820-000 | | | |
| | | | REALTORS' COMMISSION OF 6% -$10,103.64 | 3510-000 | | | |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 97.94 | 61,069.75 |
| 08/02/21 | 101 | FEDEX | FEDEX OVERNIGHT FEE TO SEND CLOSING DOCUMENTS TO NYS CLOSING AGENT | 2500-000 | | 9.00 | 61,060.75 |
| 08/02/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 49.01 | 61,011.74 |
| 08/10/21 | | Transfer Debit | Transfer To Successor Trustee | 9999-000 | | 61,011.74 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **61,167.69** | **61,167.69** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 61,011.74 | |
| **Subtotal** | **61,167.69** | **155.95** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$61,167.69** | **$155.95** | |

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-04165 | **Trustee Name:** | Robert P. Sheils, Jr. (580490) |
| **Case Name:** | WILLIAM R. FLETCHER | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***0764 | **Account #:** | ******0106 Checking Account |
| **For Period Ending:** | 06/27/2024 | **Blanket Bond (per case limit):** | $5,519,765.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/21 | | Transfer from People's United | INCOMING WIRE | 9999-000 | 61,011.74 | | 61,011.74 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 68.44 | 60,943.30 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 97.67 | 60,845.63 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 94.26 | 60,751.37 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.85 | 60,647.52 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 100.44 | 60,547.08 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 93.80 | 60,453.28 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 90.43 | 60,362.85 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 106.42 | 60,256.43 |
| 04/20/22 | 1001 | International Sureties Ltd. | Bond #016026361 | 2300-000 | | 42.24 | 60,214.19 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 93.34 | 60,120.85 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 93.14 | 60,027.71 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 105.84 | 59,921.87 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 92.83 | 59,829.04 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 105.47 | 59,723.57 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 95.72 | 59,627.85 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 92.37 | 59,535.48 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 101.78 | 59,433.70 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 95.25 | 59,338.45 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 101.44 | 59,237.01 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 88.61 | 59,148.40 |
| 03/22/23 | 1002 | International Sureties Ltd. | Bond# 016026361 Term1/1/23 to 1/1/24 | 2300-000 | | 30.07 | 59,118.33 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 97.95 | 59,020.38 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 88.28 | 58,932.10 |
| 05/11/23 | 1003 | Eric J. Bleiler, CPA & CO., LLC | Accountant Fees and Expenses per Order entered 5/3/23 | | | 1,180.00 | 57,752.10 |
| | | Eric J. Bleiler, CPA & CO., LLC | Accountant Fees per Order entered 5/3/23 $1,170.00 | 3410-000 | | | |

| | Deposit | Disbursement |
|---|---|---|
| **Page Subtotals:** | **$61,011.74** | **$3,259.64** |

# Form 2
# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-04165 | **Trustee Name:** | Robert P. Sheils, Jr. (580490) |
| **Case Name:** | WILLIAM R. FLETCHER | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***0764 | **Account #:** | ******0106 Checking Account |
| **For Period Ending:** | 06/27/2024 | **Blanket Bond (per case limit):** | $5,519,765.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Eric J. Bleiler, CPA & CO., LLC | Accountant Expenses per Order entered 5/3/23 $10.00 | 3420-000 | | | |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.89 | 57,648.21 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 94.28 | 57,553.93 |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 90.93 | 57,463.00 |
| 02/08/24 | 1004 | International Sureties Ltd. | Bond #612419177 Stopped on 03/19/2024 | 2300-005 | | 50.43 | 57,412.57 |
| 03/11/24 | 1005 | International Sureties Ltd. | Bond payment Stopped on 03/19/2024 | 2300-005 | | 24.32 | 57,388.25 |
| 03/19/24 | 1004 | International Sureties Ltd. | Bond #612419177 Stopped: check issued on 02/08/2024 | 2300-005 | | -50.43 | 57,438.68 |
| 03/19/24 | 1005 | International Sureties Ltd. | Bond payment Stopped: check issued on 03/11/2024 | 2300-005 | | -24.32 | 57,463.00 |
| 03/20/24 | 1006 | International Sureties Ltd. | Bond payment | 2300-000 | | 46.16 | 57,416.84 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **61,011.74** | **3,594.90** | **$57,416.84** |
| Less: Bank Transfers/CDs | 61,011.74 | 0.00 | |
| **Subtotal** | **0.00** | **3,594.90** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,594.90** | |

# Form 2
# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-04165 | **Trustee Name:** | Robert P. Sheils, Jr. (580490) |
| **Case Name:** | WILLIAM R. FLETCHER | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***0764 | **Account #:** | ******0106 Checking Account |
| **For Period Ending:** | 06/27/2024 | **Blanket Bond (per case limit):** | $5,519,765.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2504 Checking Account | $61,167.69 | $155.95 | $0.00 |
| ******0106 Checking Account | $0.00 | $3,594.90 | $57,416.84 |
| | **$61,167.69** | **$3,750.85** | **$57,416.84** |

# Exhibit C

## Analysis of Claims Register

### Case: 18-04165 WILLIAM R. FLETCHER

Claims Bar Date: 06/02/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service<br>Special Procedures Branch<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><4300-000 Internal Revenue Service Tax Liens (pre-petition)><br>, 100<br>Secured portion of claim | Secured<br>10/31/18 | | $17,108.80<br>$17,108.80 | $0.00 | $17,108.80 |
| 3 | M&T Bank<br>PO Box 1288<br>Buffalo, NY 14240<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100<br>Asset not administered | Secured<br>11/09/18 | | $157,922.53<br>$0.00 | $0.00 | $0.00 |
| 5 | County of Broome (New York)<br>Broome County Attorneys Office<br>PO Box 1766<br>Binghamton, NY 13902<br><4800-000 State and Local Tax Liens (pre-petition, not real property)><br>, 100<br>Doc. #111 \| 09/24/2022 : Withdrawal of Claim 5.<br>Paid at closing | Secured<br>11/19/18 | | $0.00<br>$45,839.36 | $45,839.36 | $0.00 |
| 10 | Wayne County Tax Service Department<br>925 Court St.<br>Honesdale, PA 18431<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100<br>Asset not administered | Secured<br>06/17/19 | | $3,448.05<br>$0.00 | $0.00 | $0.00 |
| 12 | Wayne County Tax Service Department<br>925 Court St.<br>Honesdale, PA 18431<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100<br>Asset not administered | Secured<br>03/16/20 | | $7,016.82<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 18-04165 WILLIAM R. FLETCHER

Claims Bar Date: 06/02/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCTEXP | Eric J. Bleiler, CPA & CO., LLC<br>Jones Bleiler<br>6 Brookhill Square South<br>Sugarloaf, PA 18249<br><3420-000 Accountant for Trustee Expenses (Other Firm)><br>, 200<br>Order approving compensation Doc. #128 | Administrative<br>05/11/23 | | $10.00<br>$10.00 | $10.00 | $0.00 |
| ACCTFEE | Eric J. Bleiler, CPA & CO., LLC<br>Jones Bleiler<br>6 Brookhill Square South<br>Sugarloaf, PA 18249<br><3410-000 Accountant for Trustee Fees (Other Firm)><br>, 200<br>Order approving compensation Doc. #128 | Administrative<br>05/11/23 | | $1,170.00<br>$1,170.00 | $1,170.00 | $0.00 |
| ATTY EXP | The Law Office of Mark J. Conway, P.C.<br>502 South Blakely Street<br>Dunmore, PA 18512<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200<br>Order to employ Doc 39<br>Order granting compensation doc108 | Administrative<br>07/29/22 | | $444.94<br>$444.94 | $0.00 | $444.94 |
| ATTY FEE | The Law Office of Mark J. Conway, P.C.<br>502 South Blakely Street<br>Dunmore, PA 18512<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200<br>Order to employ Doc 39<br>Order granting compensation doc 108 | Administrative<br>07/29/22 | | $5,731.00<br>$5,731.00 | $0.00 | $5,731.00 |
| BOND | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139<br><2300-000 Bond Payments><br>, 200 | Administrative<br>03/22/23 | | $0.00<br>$30.07 | $30.07 | $0.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 18-04165 WILLIAM R. FLETCHER

Claims Bar Date: 06/02/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Mark J. Conway<br>502 South Blakely Street<br>Dunmore, PA 18512<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/26/22 | | $11,669.75<br>$11,669.75 | $0.00 | $11,669.75 |
| TE | Robert P. Sheils, Jr.<br>108 N. Abington Rd.<br>Clarks Summit, PA 18411<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>01/25/24 | | $473.17<br>$473.17 | $0.00 | $473.17 |
| 1P | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Valid | Priority<br>10/31/18 | | $9,267.91<br>$9,267.91 | $0.00 | $9,267.91 |
| 1 Pen | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-000 Fines, Penalties - § 726(a)(4)><br>, 630<br>Valid penalty portion | Unsecured<br>10/31/18 | | $6,853.46<br>$6,853.46 | $0.00 | $6,853.46 |
| 2 | M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/06/18 | | $24,036.71<br>$24,036.71 | $0.00 | $24,036.71 |
| 4 | M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/14/18 | | $9,292.28<br>$9,292.28 | $0.00 | $9,292.28 |

# Exhibit C

## Analysis of Claims Register

### Case: 18-04165 WILLIAM R. FLETCHER

Claims Bar Date: 06/02/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/26/18 | | $35,560.27<br>$35,560.27 | $0.00 | $35,560.27 |
| 7 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/30/18 | | $1,670.41<br>$1,670.41 | $0.00 | $1,670.41 |
| 8 | Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>11/30/18 | | $1,107.71<br>$1,107.71 | $0.00 | $1,107.71 |
| 9 | PPL Electric Utilities<br>827 Hausman Road<br>Allentown, PA 18104<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Valid | Unsecured<br>12/07/18 | | $6,939.76<br>$6,939.76 | $0.00 | $6,939.76 |
| 11 | County of Broome (New York)<br>Broome County Attorneys Office<br>PO Box 1766<br>Binghamton, NY 13902<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610<br>Doc. #112 \| 09/24/2022 : Withdrawal of Claim 11. | Unsecured<br>03/12/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 13 | Chase<br>PO Box 15298<br>Wilmington, DE 19850<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid tardy | Unsecured<br>07/02/20 | | $14,359.00<br>$14,359.00 | $0.00 | $14,359.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 18-04165 WILLIAM R. FLETCHER

Claims Bar Date: 06/02/20

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 | Chase<br>PO Box 15298<br>Wilmington, DE 19850<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid tardy | Unsecured<br>07/02/20 | | $7,001.00<br>$7,001.00 | $0.00 | $7,001.00 |
| 15 | Comenity Bank<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy | Unsecured<br>07/02/20 | | $217.00<br>$217.00 | $0.00 | $217.00 |
| 16 | Synchrony BankPay Pal<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy | Unsecured<br>07/02/20 | | $3,995.00<br>$3,995.00 | $0.00 | $3,995.00 |
| 17 | The CBE Group<br>P.O. Box 126<br>Waterloo, IA 50704<br><7200-000 Tardy General Unsecured - § 726(a)(3)><br>, 620<br>Valid Tardy | Unsecured<br>07/02/20 | | $373.00<br>$373.00 | $0.00 | $373.00 |
| | | | | **Case Total:** | **$47,049.43** | **$156,101.17** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-04165
Case Name: WILLIAM R. FLETCHER
Trustee Name: Robert P. Sheils, Jr.

**Balance on hand:** $ 57,416.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 17,108.80 | 17,108.80 | 0.00 | 17,108.80 |
| 3 | M&T Bank | 157,922.53 | 0.00 | 0.00 | 0.00 |
| 5 | County of Broome (New York) | 0.00 | 45,839.36 | 45,839.36 | 0.00 |
| 10 | Wayne County Tax Service Department | 3,448.05 | 0.00 | 0.00 | 0.00 |
| 12 | Wayne County Tax Service Department | 7,016.82 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 17,108.80
Remaining balance: $ 40,308.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mark J. Conway | 11,669.75 | 0.00 | 11,669.75 |
| Trustee, Expenses - Robert P. Sheils, Jr. | 473.17 | 0.00 | 473.17 |
| Bond Payments - International Sureties Ltd. | 30.07 | 30.07 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - The Law Office of Mark J. Conway, P.C. | 5,731.00 | 0.00 | 5,731.00 |
| Attorney for Trustee Expenses (Other Firm) - The Law Office of Mark J. Conway, P.C. | 444.94 | 0.00 | 444.94 |
| Accountant for Trustee Fees (Other Firm) - Eric J. Bleiler, CPA & CO., LLC | 1,170.00 | 1,170.00 | 0.00 |
| Accountant for Trustee Expenses (Other Firm) - Eric J. Bleiler, CPA & CO., LLC | 10.00 | 10.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 18,318.86
Remaining balance: $ 21,989.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

UST Form 101-7-TFR(5/1/2011)

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 21,989.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,267.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amount of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 9,267.91 | 0.00 | 9,267.91 |

Total to be paid for priority claims: $ 9,267.91
Remaining balance: $ 12,721.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $78,607.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amount of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 2 | M&T BANK | 24,036.71 | 0.00 | 3,889.95 |
| 4 | M&T BANK | 9,292.28 | 0.00 | 1,503.80 |
| 6 | American Express National Bank | 35,560.27 | 0.00 | 5,754.84 |
| 7 | Verizon | 1,670.41 | 0.00 | 270.33 |
| 8 | Directv, LLC | 1,107.71 | 0.00 | 179.26 |
| 9 | PPL Electric Utilities | 6,939.76 | 0.00 | 1,123.09 |
| 11 | County of Broome (New York) | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 12,721.27
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $25,945.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Chase | 14,359.00 | 0.00 | 0.00 |
| 14 | Chase | 7,001.00 | 0.00 | 0.00 |
| 15 | Comenity Bank | 217.00 | 0.00 | 0.00 |
| 16 | Synchrony BankPay Pal | 3,995.00 | 0.00 | 0.00 |
| 17 | The CBE Group | 373.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $6,853.46 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 Pen | Internal Revenue Service | 6,853.46 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00