UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>FLETCHER, WILLIAM R.<br><br>Debtor(s) | Case No. 18-04165 |

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

1. Applicant was appointed trustee of this bankruptcy estate on <u>07/30/2021</u>.

2. Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $<u>11,669.75</u> for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $<u>473.17</u> for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6. COMPUTATION OF COMPENSATION

Total disbursement to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $<u>168,395.00</u>. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | | |
|---|---|---|---|
| 25% on 1st | $ 5,000 | = | $ 1,250.00 |
| 10% on next | $ 45,000 | = | $ 4,500.00 |
| 5% on next | $ 950,000 | = | $ 5,919.75 |
| 3% on balance over | $ 1,000,000 | = | $ 0.00 |
| Total Compensation | | = | $ 11,669.75 |

7. TRUSTEE EXPENSES ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---|
| Travel | $ 0.00 |
| Copies | $ 92.07 |

Case 5:18-bk-04165-HWV    Doc 134    Filed 08/23/24    Entered 08/23/24 11:17:03    Desc
Main Document    Page 1 of 17

| | | |
|---|---|---|
| Postage | $ | 102.90 |
| Telephone | $ | 0.00 |
| Clerical | $ | 0.00 |
| Paralegal | $ | 0.00 |
| Supplies | $ | 0.00 |
| Distribution Expenses | $ | 8.20 |
| Professional Expenses | $ | 0.00 |
| Other | $ | 270.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $11,669.75 and reimbursement of expenses in the amount of $473.17.

Dated: 6/27/2024            /s/ Robert P. Sheils, Jr.
                            Robert P. Sheils, Jr.
                            Trustee

CHAPTER 7 TRUSTEE                                                               January 21, 2024

502 SOUTH BLAKELY STREE
DUNMORE, PA 18512

|                |                                           | File #: | 100-1149 |
|----------------|-------------------------------------------|---------|----------|
| Attention:     | MARK J. CONWAY, ESQUIRE                   | Inv #:  | Sample   |

RE:     FLETCHER, WILLIAM R. - TRUSTEE

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Nov-08-19 | Review Tullio email and real estate offers/info | 0.30 | 0.00 | MJC |
| Dec-02-19 | Review docket report, petition & schedules; assign file nos.; set up file & letters file; TC to NY realtor, re: 2 offers on property; conf. w/MJC, re: same. | 0.60 | 0.00 | CN |
| Dec-04-19 | Review file and real estate status; telephone conference with realtor; emails with Attorney Tullio D. | 1.00 | 0.00 | MJC |
| Dec-05-19 | Review file and docket/schedules; review real estate issues; offer on NY property. | 0.80 | 0.00 | MJC |
| Dec-12-19 | Review file and bankruptcy docket; conference with CN regarding real estate status | 0.30 | 0.00 | MJC |
|  | Review e-mail from realtor, re: offers on property; conf. w/MJC, re: same. | 0.10 | 0.00 | CN |
| Jan-06-20 | TC to Broome County Clerk's office for title search referral. | 0.10 | 0.00 | CN |
| Jan-07-20 | Review file & real estate issues in NY and Wayne Co | 0.30 | 0.00 | MJC |
|  | TC to Attorney Xlander in Broome County, NY, re: possible title search; conf. w/MJC, re: same; e-mails to Attorney DeLuca & Realtor Potochniak inquiring as to Abstract of Title; calendar for response. | 0.30 | 0.00 | CN |
|  | E-mail to United One, re: Broome County, NY title search. | 0.10 | 0.00 | CN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-08-20 | Review e-mail response from Debtor's counsel. | 0.10 | 0.00 | CN |
| Jan-09-20 | Review & respond to e-mail from Realtor in NY. | 0.10 | 0.00 | CN |
| Jan-14-20 | Review file and real estate status; telephone conference with realtor about status and listing (Barb O.); email to Tullio D. regarding status | 0.70 | 0.00 | MJC |
| Jan-15-20 | Review real estate status and lien info; emails with realtor regarding listing/auction | 0.50 | 0.00 | MJC |
| | E-mails to/from United One, re: title searches for GAF Lake Road, Windsor, NY properties; e-mails to/from realtor for NY properties. | 0.20 | 0.00 | CN |
| Jan-24-20 | Review NY property searches | 0.20 | 0.00 | MJC |
| Feb-04-20 | TC from Debtor's counsel, re: keys to Lake Ariel, PA property; update letters file & CaseLink. | 0.10 | 0.00 | CN |
| Feb-20-20 | Meeting with realtor and inspect property in Lake Ariel; email to bank attorney regarding payoff | 2.00 | 0.00 | MJC |
| Feb-26-20 | Review info regarding LA house and lake rights; telephone conference with realtor; review Wayne County records | 1.00 | 0.00 | MJC |
| Mar-02-20 | Review file; change to asset case | 0.50 | 0.00 | MJC |
| | Review e-mail from MJC; draft, finalize & file Notice of Change from No Asset to Asset Case; calendar bar date; update CaseLink. | 0.40 | 0.00 | CN |
| Mar-04-20 | Review e-mail from NYS realtor; responsive e-mail. | 0.10 | 0.00 | CN |
| Mar-11-20 | Telephone conference with Attorney DeLuca regarding status of change of POA | 0.30 | 0.00 | MJC |
| Mar-12-20 | Review tax POC; research NY property; conference with CN regarding status | 0.50 | 0.00 | MJC |
| Mar-30-20 | Review file; telephone conference with realtor B. O'Hara | 0.50 | 0.00 | MJC |
| Apr-09-20 | Review file and schedules regarding real | 0.80 | 0.00 | MJC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | estate; review NY property info and search; emails with realtor | | | |
| Apr-22-20 | Review file and NY real estate status; telephone conference with NY Detective regarding property | 0.50 | 0.00 | MJC |
| May-08-20 | Telephone conference with detective regarding break-in; telephone conference with realtor regarding status | 0.60 | 0.00 | MJC |
| May-11-20 | Telephone conference with realtor; review new listing info | 0.30 | 0.00 | MJC |
| May-21-20 | Emails with realtor; telephone conference with same regarding sale issues | 0.50 | 0.00 | MJC |
| Jun-04-20 | Review docket and schedules; telephone conference with realtor B. O'Hara regarding status of Lake Ariel property - too many problems to list for sale | 0.60 | 0.00 | MJC |
| Jun-08-20 | Review file; telephone conference with realtor regarding status of NY property and marketing | 0.50 | 0.00 | MJC |
| Jun-12-20 | Telephone conference with Bob P. regarding NY property status; review MLS listing | 0.30 | 0.00 | MJC |
| Jul-01-20 | Review realtors emails regarding offers; telephone conference with same | 0.30 | 0.00 | MJC |
| Jul-06-20 | Emails with realtor regarding offers; telephone conference with same | 0.30 | 0.00 | MJC |
| Aug-04-20 | Emails with realtor and review file status; review offer from realtor | 0.50 | 0.00 | MJC |
| | Review e-mail from NYS realtor w/offer of $160K for Windsor, NY property; review attached contract of sale & 2 addendums. | 0.30 | 0.00 | CN |
| Aug-05-20 | TC from realtor, re: GAF Lake Road, Windsor, NY property & offer on same. | 0.10 | 0.00 | CN |
| Aug-11-20 | Review sale issues; several telephone conferences with Bob P. regarding sale/offer and counters | 0.50 | 0.00 | MJC |
| Aug-13-20 | Review e-mail from NYS realtor with updated offer; e-mail to MJC, re: same. | 0.10 | 0.00 | CN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-24-20 | Review new offer for GAF property | 0.30 | 0.00 | MJC |
| Aug-27-20 | Conf. w/Trustee; e-mail to realtor, re: status of deposit check. | 0.10 | 0.00 | CN |
| Aug-28-20 | Review emails from realtor | 0.20 | 0.00 | MJC |
| | Review e-mails from realtor & MJC, re: buyer's tax issue & property not in HOA concerns. | 0.10 | 0.00 | CN |
| Sep-14-20 | Review e-mail from MJC, re: status on sale of property. | 0.10 | 0.00 | CN |
| Sep-16-20 | Lengthy TC from NYS realtor, re: current potential buyer & HOA issues; update letters file, re: same. | 0.30 | 0.00 | CN |
| Sep-21-20 | Emails with realtor; telephone conference with same regarding status | 0.30 | 0.00 | MJC |
| Sep-28-20 | Emails with realtor regarding offer | 0.20 | 0.00 | MJC |
| Sep-30-20 | Review new offer and emails with realtor | 0.30 | 0.00 | MJC |
| Oct-07-20 | TC from Daniel Sharp, re: his previous offer & HOA issues on the GAF Lake Road property; draft e-mail to MJC, re: same. | 0.30 | 0.00 | CN |
| Oct-08-20 | Review emails with realtor; telephone conference with realtor | 0.30 | 0.00 | MJC |
| | Review e-mail from Realtor, re: GAF Lake Road, Windsor, NY property. | 0.10 | 0.00 | CN |
| Oct-16-20 | Emails with realtor regarding offer; telephone conference with same | 0.30 | 0.00 | MJC |
| Oct-19-20 | Emails realtor; review listing change | 0.30 | 0.00 | MJC |
| | Review e-mails b/t MJC & realtor, re: reduction in price of NYS property listing. | 0.10 | 0.00 | CN |
| Oct-20-20 | Emails with realtor regarding sale/marketing | 0.20 | 0.00 | MJC |
| Oct-29-20 | Emails with realtor regarding taxes | 0.20 | 0.00 | MJC |
| Oct-30-20 | Review deed info and HOA issue; emails with realtor | 0.50 | 0.00 | MJC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-13-20 | Review email from Realtor and offer | 0.20 | 0.00 | MJC |
| Nov-16-20 | Review several offers on sale of real estate; telephone conference with Bob P. regarding same | 0.70 | 0.00 | MJC |
| | Review e-mails from realtor, Robert Potochniak, & attachments re: Thompson offer & additional information regarding other potential offers; conf. w/MJC. | 0.60 | 0.00 | CN |
| Nov-17-20 | Review e-mail from realtor, Robert Potochniak, re: an additional offer on both parcels at GAF Lake Road, Windsor, NY. | 0.10 | 0.00 | CN |
| Nov-18-20 | Telephone conference with realtor regarding offers on NY property | 0.20 | 0.00 | MJC |
| | Review e-mail from realtor, Robert Potochniak, re: acceptance of $170K counter-offer on property. | 0.10 | 0.00 | CN |
| Nov-23-20 | Review e-mails b/t realtor & MJC, re: $170K offer on both parcels; review Extension to Listing Agreement; conf. w/MJC; send executed Listing Agreement Extension to realtor. | 0.20 | 0.00 | CN |
| | TC from Realtor, Bob Potchniak; review notes on Purchase Contract; TC to Attorney Maureen Mangan, counsel for potential buyer, in NYS, re: Purchase Contract, standard closing procedures in NYS, etc.; conf. w/MJC, re: same. | 0.40 | 0.00 | CN |
| Dec-01-20 | TC w/realtor, Robert Potchniak, re: status on AOS. | 0.10 | 0.00 | CN |
| Dec-11-20 | TC w/realtor, re: status on AOS; update letters file. | 0.10 | 0.00 | CN |
| Dec-15-20 | TC from Realtor, Robert Potchniak, re: buyer getting nervous w/out signed AOS; told him we're still waiting on buyer's attorney before signing AOS; update letters file. | 0.10 | 0.00 | CN |
| Dec-22-20 | Review e-mail from NYS realtor; TC to Attorney Maureen Mangan (LM); responsive e-mail to realtor. | 0.20 | 0.00 | CN |
| Dec-29-20 | TC w/realtor, Bob Potchniak, re: buyer's | 0.10 | 0.00 | CN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | attorney's estimated closing statement, excel sheet & new purchase price & revisions to AOS. | | | |
| Jan-11-21 | Review e-mails from relator, Bob Potochniak, re: AOS; responsive e-mail to realtor, re: same. | 0.20 | 0.00 | CN |
| | TC to Stretto Banking to confirm receipt of wire on sale proceeds; not rec'd yet. | 0.10 | 0.00 | CN |
| Jan-12-21 | Review email from Tullio D. regarding debtor's death; respond | 0.20 | 0.00 | MJC |
| | Review e-mails b/t MJC & Debtor's counsel, re: Debtor's passing & status on bankruptcy estate. | 0.10 | 0.00 | CN |
| | TC from someone, re: interest in Lake Ariel property; told him it had been abandoned. | 0.10 | 0.00 | CN |
| | Review revised Purchase Contract; conf. w/MJC; review additional e-mail from realtor, Robert Potochniak & respond to same. | 0.40 | 0.00 | CN |
| Jan-13-21 | Review sale contract; emails from/to realtor | 0.20 | 0.00 | MJC |
| | Review Purchase Contract w/MJC; sign via dotloop; e-mail to realtor attaching a copy & advising that it was signed; update letters file | 0.30 | 0.00 | CN |
| Jan-14-21 | Review e-mail from realtor, Robert Potochniak, re: paragraph 8 of Purchase Contract not initialing; responsive e-mail advising that it won't be initialed because there is an oil & gas lease on the property. | 0.10 | 0.00 | CN |
| | TC w/realtor, Robert Potochniak, re: Purchase Contract & oil & gas lease against property. | 0.10 | 0.00 | CN |
| Jan-15-21 | E-mails & TC's w/realtor, Robert Potochniak, re: execution of Purchase Contract & initialing oil & gas lease paragraphs; review oil & gas lease; conf. w/MJC, re: same; initial contract & forward to realtor; draft e-mail to Attorney Mangan in NY, re: need copy of title search or bring down to determine respondents for Motion to Sell Free & Clear. | 1.00 | 0.00 | CN |
| Jan-21-21 | TC from realtor, Bob Potochniak, re: status on sale of GAF Lake Road, Windsor, NY properties; TC to Attorney Mangan, re: title | 0.20 | 0.00 | CN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | search or bring down to complete the Motion to Sell (LM); update CaseLink & letters file; | | | |
| Jan-27-21 | Review e-mail from MJC to realtor, re: non-receipt of title search. | 0.10 | 0.00 | CN |
| Jan-28-21 | Review e-mail from realtor, re: title search & respond to same. | 0.10 | 0.00 | CN |
| Feb-01-21 | Review e-mail from realtor, re: title search won't be ready before 2/15/21; responsive e-mail; conf. w/MJC, re: same; calendar for follow-up. | 0.10 | 0.00 | CN |
| Feb-17-21 | Review e-mail from realtor, Bob Potchniak; responsive e-mail. | 0.10 | 0.00 | CN |
| Feb-24-21 | Review email from Attorney Mangan & title insurance commitment & liens | 0.30 | 0.00 | MJC |
| | TC from realtor, Bob Potchniak, re: status of title searches; draft e-mail to Attorney Mangan in NYS, inquiring as to status of title searches; calendar for follow-up. | 0.20 | 0.00 | CN |
| May-12-21 | Review file and sale status; email to Attorney; email to realtor | 0.40 | 0.00 | MJC |
| | Review e-mails from realtor, Robert Potochniak to Attorney Mangan & review realtor commission statements. | 0.10 | 0.00 | CN |
| Jun-02-21 | Review e-mail from Attorney Mangan, re: proposed closing dates. | 0.10 | 0.00 | CN |
| Jun-11-21 | Open estate bank account; request TIN; draft wire instructions. | 0.30 | 0.00 | CN |
| Jun-14-21 | Review many emails regarding closing and HUD review and changes | 0.30 | 0.00 | MJC |
| | E-mail to Maribel @ Stretto, re: non-receipt of TIN requested on 6/11/21; review respective e-mails; TC from Maribel advising IRS is taking 75 days to provide Stretto w/a new batch of TIN's; log onto IRS website to obtain TIN (unable to get one assigned - must call IRS w/code); TC to IRS (not accepting calls right now due to heavy volume try again tomorrow); e-mail to Maribel & Stretto Banking to request that they not cancel my | 0.60 | 0.00 | CN |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | TIN request through Stretto due to IRS website issue. | | | |
| Jun-15-21 | Review and revise report of sale regarding real estate | 0.30 | 0.00 | MJC |
| | 2 TC's to IRS to try to obtain TIN in A.M. & P.M. | 0.10 | 0.00 | CN |
| | Review e-mail confirming wire transfer; confirm receipt of same; enter in CaseLink & gross up the real estate proceeds; open bank account file; draft Report of Sale w/HUD; conf. w/MJC. | 1.00 | 0.00 | CN |
| | Finalize & file Report of Sale. | 0.20 | 0.00 | CN |
| | TC to NYSEG to advise NYS property was sold & to make sure service is turned off; update letters file. | 0.20 | 0.00 | CN |
| Jun-17-21 | TC to IRS for TIN & request call back. | 0.10 | 0.00 | CN |
| Jul-07-21 | Reconcile 6/21 bank statement. | 0.10 | 0.00 | CN |
| | Review executed Order employing Accountant, Eric Bleiler; download to system; e-mail same to him. | 0.10 | 0.00 | CN |
| Jul-12-21 | Review IRS EIN letter & file same. | 0.10 | 0.00 | CN |
| | Totals | 32.50 | $0.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| MARK J. CONWAY | 20.50 | $0.00 | $0.00 |
| CONNIE NORVILAS | 12.00 | $0.00 | $0.00 |

| DISBURSEMENTS | | Disbursements | Receipts |
|---|---|---|---|
| Feb-03-20 | TITLE SEARCHES - 180 & 219 GAF LAKE ROAD, WINDSOR, NY | 270.00 | |
| Aug-12-20 | COPIES | 0.60 | |
| Nov-23-20 | COPIES | 0.90 | |

|  |  |  |
|---|---:|---:|
| Totals | $271.50 | $0.00 |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$271.50** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$271.50** |
| **AMOUNT QUOTED:** | **$0.00** |

# Trustee Timesheet Report

**Trustee: Robert P. Sheils, Jr. (580490)**

**Period: 07/27/21 - 12/15/23**

---

**Case Number:** 18-04165　　**Case Name:** WILLIAM R. FLETCHER
**Case Type:** Asset　　**Judge:** HENRY W. VAN ECK

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| DeRasmo, Tricia, Staff | 08/15/21 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 09/15/21 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 09/17/21 | Trustee Time | Enter claim for Attorney for Trustee fees and expenses | 0.20 | -- |
| | 10/15/21 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 11/15/21 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 12/15/21 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 01/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 02/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 03/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 03/23/22 | Trustee Time | Exchange emails with J Spott | 0.40 | -- |
| | 04/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 05/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 06/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 07/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 07/21/22 | Trustee Time | Review and upload email communication exchange with UST and Trustee re TFR | 0.10 | -- |
| | 07/29/22 | Trustee Time | Efile Request for Court Costs | 0.20 | -- |

# Trustee Timesheet Report
## Trustee: Robert P. Sheils, Jr. (580490)
## Period: 07/27/21 - 12/15/23

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| | 07/29/22 | Trustee Time | prep for TFR; review Form 1, Form 2, review claims and ECF docket, review case information, dates; update case management system | 1.50 | -- |
| | 08/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 08/29/22 | Trustee Time | review case; reply email communication to J Spott re status | 0.20 | -- |
| | 08/31/22 | Trustee Time | review email communication from J Spott; update case memo | 0.10 | -- |
| | 09/07/22 | Trustee Time | review docket for withdrawal of duplicate claim | 0.20 | -- |
| | 09/13/22 | Trustee Time | review docket to determine if duplicate claim was withdrawn | 0.10 | -- |
| | 09/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 09/28/22 | Trustee Time | review docket for withdrawal of claim, update claim memo and status | 0.10 | -- |
| | 10/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 11/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 12/15/22 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 01/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 02/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 03/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 04/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| | 05/11/23 | Trustee Time | enter detailed bank transaction information on ledger for payment of accountant fees and expenses; email to J Durkin | 0.20 | -- |
| | 05/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 06/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 07/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 08/07/23 | Trustee Time | Efile Request for Court Costs | 0.20 | -- |
| | 08/07/23 | Trustee Time | prep for TFR; review Form 1, review Form 2, review claims and ECF docket, review case information/dates, update case management system, prepare, generate and review proposed claims distribution | 0.80 | -- |
| | 08/08/23 | Trustee Time | Review Court Docket in response to request for Court Costs | 0.10 | -- |
| | 08/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 09/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 10/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 11/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| | 12/15/23 | Trustee Time | Prepare Bank Reconciliation | 0.20 | -- |
| **Subtotal for Name: DeRasmo, Tricia, Staff** | | | | **10.20** | **--** |

# Trustee Timesheet Report

**Trustee: Robert P. Sheils, Jr. (580490)**
**Period: 07/27/21 - 12/15/23**

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| SHEILS, ROBERT, Trustee | 07/30/21 | Trustee Time | Review Order Reassigning Case | 0.20 | -- |
| | 08/15/21 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 09/15/21 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 09/17/21 | Trustee Time | Review Order Approving Attorney fees and expenses | 0.20 | -- |
| | 10/15/21 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 11/01/21 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
| | 11/15/21 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 12/15/21 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 01/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 02/01/22 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
| | 02/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 03/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 04/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 05/01/22 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
| | 05/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 06/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 07/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 08/01/22 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
| | 08/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 09/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 10/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |

# Trustee Timesheet Report
## Trustee: Robert P. Sheils, Jr. (580490)
## Period: 07/27/21 - 12/15/23

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
| | 11/01/22 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
| | 11/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 11/29/22 | Trustee Time | Review Application to Employ SLA | 0.20 | -- |
| | 12/15/22 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 12/21/22 | Trustee Time | Review Notice setting hearing re Application to Employ SLA | 0.10 | -- |
| | 01/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 02/01/23 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
| | 02/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 03/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 04/06/23 | Trustee Time | Review Application for Compensation for Accountant for Trustee | 0.20 | -- |
| | 04/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 05/01/23 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
| | 05/02/23 | Trustee Time | Review Certificate of No Objections to Application for Compensation for Accountant for Trustee | 0.10 | -- |
| | 05/03/23 | Trustee Time | Review Order approving application for Accountant for Trustee fees and expenses | 0.10 | -- |
| | 05/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 06/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| | 07/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |

| Name | Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|---|
|  | 08/01/23 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
|  | 08/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
|  | 09/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
|  | 10/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
|  | 11/01/23 | Trustee Time | Quartlery Review of Case | 0.20 | -- |
|  | 11/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
|  | 12/15/23 | Trustee Time | Review Bank Reconciliation | 0.10 | -- |
| **Subtotal for Name: SHEILS, ROBERT, Trustee** | | | | **5.80** | -- |
| | | | **Total for case:** | **16.00** | -- |
| | | | **Grand Total:** | **16.00** | -- |