UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: WILLIAM R. FLETCHER　　　　　　§　　Case No. 18-04165
　　　　WILLIAM FLETCHER　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　Robert P. Sheils, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $930,935.00 | Assets Exempt: | $35,650.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $84,937.34 | Claims Discharged Without Payment: | $98,684.33 |
| Total Expenses of Administration: | $83,457.66 | | |

　　　　3) Total gross receipts of $168,395.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $168,395.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $432,685.33 | $185,496.20 | $62,948.16 | $62,948.16 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $83,427.59 | $83,457.66 | $83,457.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $9,267.91 | $9,267.91 | $9,267.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $63,207.00 | $111,405.60 | $111,405.60 | $12,721.27 |
| **TOTAL DISBURSEMENTS** | $495,892.33 | $389,597.30 | $267,079.33 | $168,395.00 |

4) This case was originally filed under chapter 13 on 10/01/2018, and it was converted to chapter 7 on 10/29/2019. The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2025  By: /s/ Robert P. Sheils
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 180 & 219 GAF Lake Rd. Windsor, NY | 1110-000 | $168,395.00 |
| **TOTAL GROSS RECEIPTS** | | **$168,395.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4300-000 | $23,420.00 | $17,108.80 | $17,108.80 | $17,108.80 |
| 3 | M&T Bank | 4110-000 | $153,788.00 | $157,922.53 | $0.00 | $0.00 |
| 5 | County of Broome (New York) | 4800-000 | $0.00 | $0.00 | $45,839.36 | $45,839.36 |
| 10 | Wayne County Tax Service Department | 4110-000 | $3,433.36 | $3,448.05 | $0.00 | $0.00 |
| 12 | Wayne County Tax Service Department | 4110-000 | $3,296.32 | $7,016.82 | $0.00 | $0.00 |
| N/F | Broome County Real Property Tax S' | 4110-000 | $8,140.92 | NA | NA | NA |
| N/F | Broome County Real Property Tax S' | 4110-000 | $7,695.41 | NA | NA | NA |
| N/F | Broome County Real Property Tax S' | 4110-000 | $8,782.82 | NA | NA | NA |
| N/F | Broome County Real Property Tax S' | 4110-000 | $10,148.50 | NA | NA | NA |
| N/F | Broome County Real Property Tax S' | 4110-000 | $80,000.00 | NA | NA | NA |
| N/F | M&T Bank | 4110-000 | $107,316.00 | NA | NA | NA |
| N/F | M&T Bank | 4110-000 | $23,552.00 | NA | NA | NA |
| N/F | Wayne County Tax Claim Bureau | 4110-000 | $3,112.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$432,685.33** | **$185,496.20** | **$62,948.16** | **$62,948.16** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Mark J. Conway | 2100-000 | NA | $11,669.75 | $11,669.75 | $11,669.75 |
| Trustee, Expenses - Robert P. Sheils, Jr. | 2200-000 | NA | $473.17 | $473.17 | $473.17 |
| Bond Payments - BOND | 2300-000 | NA | $88.40 | $88.40 | $88.40 |
| Bond Payments - International Sureties Ltd. | 2300-000 | NA | $0.00 | $30.07 | $30.07 |
| Costs re Sale of Property (closing costs, etc.) - FEDEX | 2500-000 | NA | $9.00 | $9.00 | $9.00 |
| Costs re Sale of Property (closing costs, etc.) - SELLER'S FILING FEE - TP-584 | 2500-000 | NA | $10.00 | $10.00 | $10.00 |
| Costs re Sale of Property (closing costs, etc.) - SELLER'S PORTION OF STATE TAX | 2500-000 | NA | $842.50 | $842.50 | $842.50 |
| Costs re Sale of Property (closing costs, etc.) - WIRE FEE TO CLOSING AGENT | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $2,296.43 | $2,296.43 | $2,296.43 |
| Bank Service Fees - People's United Bank | 2600-000 | NA | $146.95 | $146.95 | $146.95 |
| Other State or Local Taxes (post-petition) - 2017-2020 DELINQUENT REAL ESTATE TAXES - 180 GAF LAKE RD., WINDSOR, NY | 2820-000 | NA | $44,179.12 | $44,179.12 | $44,179.12 |
| Other State or Local Taxes (post-petition) - 2021 REAL ESTATE TAXES - 180 GAF LAKE RD., WINDSOR, NY | 2820-000 | NA | $1,621.24 | $1,621.24 | $1,621.24 |
| Other State or Local Taxes (post-petition) - 2021 REAL ESTATE TAXES - 219 GAF LAKE RD., WINDSOR, NY | 2820-000 | NA | $4,581.45 | $4,581.45 | $4,581.45 |
| Attorney for Trustee Fees (Other Firm) - The Law Office of Mark J. Conway, P.C. | 3210-000 | NA | $5,731.00 | $5,731.00 | $5,731.00 |
| Attorney for Trustee Expenses (Other Firm) - The Law Office of Mark J. Conway, P.C. | 3220-000 | NA | $444.94 | $444.94 | $444.94 |
| Accountant for Trustee Fees (Other Firm) - Eric J. Bleiler, CPA & CO., LLC | 3410-000 | NA | $1,170.00 | $1,170.00 | $1,170.00 |
| Accountant for Trustee Expenses (Other Firm) - Eric J. Bleiler, CPA & CO., LLC | 3420-000 | NA | $10.00 | $10.00 | $10.00 |

| | | | | | |
|---|---|---|---|---|---|
| Realtor for Trustee Fees - REALTORS' COMMISSION OF 6% | 3510-000 | NA | $10,103.64 | $10,103.64 | $10,103.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$83,427.59** | **$83,457.66** | **$83,457.66** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | NA | $9,267.91 | $9,267.91 | $9,267.91 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$9,267.91** | **$9,267.91** | **$9,267.91** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 Pen | Internal Revenue Service | 7300-000 | NA | $6,853.46 | $6,853.46 | $0.00 |
| 2 | M&T BANK | 7100-000 | NA | $24,036.71 | $24,036.71 | $3,889.95 |
| 4 | M&T BANK | 7100-000 | NA | $9,292.28 | $9,292.28 | $1,503.80 |
| 6 | American Express National Bank | 7100-000 | $35,560.00 | $35,560.27 | $35,560.27 | $5,754.84 |
| 7 | Verizon | 7100-000 | $1,702.00 | $1,670.41 | $1,670.41 | $270.33 |
| 8 | Directv, LLC | 7100-000 | NA | $1,107.71 | $1,107.71 | $179.26 |
| 9 | PPL Electric Utilities | 7100-000 | NA | $6,939.76 | $6,939.76 | $1,123.09 |
| 11 | County of Broome (New York) | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 13 | Chase | 7200-000 | $14,359.00 | $14,359.00 | $14,359.00 | $0.00 |
| 14 | Chase | 7200-000 | $7,001.00 | $7,001.00 | $7,001.00 | $0.00 |
| 15 | Comenity Bank | 7200-000 | $217.00 | $217.00 | $217.00 | $0.00 |
| 16 | Synchrony BankPay Pal | 7200-000 | $3,995.00 | $3,995.00 | $3,995.00 | $0.00 |
| 17 | The CBE Group | 7200-000 | $373.00 | $373.00 | $373.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$63,207.00** | **$111,405.60** | **$111,405.60** | **$12,721.27** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 18-04165
Case Name: WILLIAM R. FLETCHER

For Period Ending: 02/18/2025

Trustee Name: (580490) Robert P. Sheils, Jr.
Date Filed (f) or Converted (c): 10/29/2019 (c)
§ 341(a) Meeting Date: 01/03/2020
Claims Bar Date: 06/02/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 123 Willow Lane, Lake Ariel, PA 18736, Wayne County<br>Orig. Asset Memo: Imported from original petition Doc# 1<br>6/26/2020 - Order abandoning property issued. | 400,000.00 | 189,275.32 | OA | 0.00 | FA |
| 2 | 218-218 1/2 Lincoln Ave., Endicott, NY 13760, Broome County<br>Orig. Asset Memo: Imported from original petition Doc# 1 - See Dkt. Entry Nos. 17 & 21, wherein M&T Bank filed a 362 Motion advising that it had purchased the property at foreclsoure sale; however, Debtor claimed an interest in his schedules. | 250,000.00 | 0.00 | | 0.00 | FA |
| 3 | 180 & 219 GAF Lake Rd. Windsor, NY<br>Orig. Asset Memo: Imported from original petition Doc# 1 - Property was intially listed for $219,000.00 & after a recent reduction in price, it is currently listed for $190,000.00 with a NYS Realtor. Property sold for $168,935.00 on 6/15/21. Report of Sale Doc. #99 | 303,250.00 | 120,068.68 | | 168,395.00 | FA |
| 4 | 3701 Kirk Rd., Endwell, NY 13760, Broome County<br>Orig. Asset Memo: Imported from original petition Doc# 1 - See Dkt. Entry Nos. 19 & 23, wherein M&T Bank filed a 362 Motion advising that it had purchased the property at foreclsoure sale; however, Debtor claimed an interest in his schedules. | 250,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2009 Chevy Silverado, 100,000 miles, 2009 Chevy<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2009 BMW motorcycle, 80,000 miles, 2009 BMW moto<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | 2007 Harley Davidson motorcydle, 80,000 miles, 2<br>Orig. Asset Memo: Imported from original petition Doc#1 | 5,000.00 | 4,960.00 | | 0.00 | FA |
| 8 | backhoe<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Trailers (6)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10 | Household Goods & Furnshings<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,675.00 | 0.00 | | 0.00 | FA |
| 11 | camera<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 18-04165  **Trustee Name:** (580490) Robert P. Sheils, Jr.

**Case Name:** WILLIAM R. FLETCHER  **Date Filed (f) or Converted (c):** 10/29/2019 (c)

**§ 341(a) Meeting Date:** 01/03/2020

**For Period Ending:** 02/18/2025  **Claims Bar Date:** 06/02/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | clothes<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | watch<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 15 | Checking account: Checking account, NBA<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | accounts receivable- may be uncollectible<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 16 | Assets Totals (Excluding unknown values) | $1,234,185.00 | $328,304.00 | | $168,395.00 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR being prepared

**Initial Projected Date Of Final Report (TFR):** 12/31/2020   **Current Projected Date Of Final Report (TFR):** 06/27/2024 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 18-04165 | **Trustee Name:** | Robert P. Sheils, Jr. (580490) | |
| **Case Name:** | WILLIAM R. FLETCHER | **Bank Name:** | People's United Bank | |
| **Taxpayer ID #:** | **-***0764 | **Account #:** | ******2504 Checking Account | |
| **For Period Ending:** | 02/18/2025 | **Blanket Bond (per case limit):** | $4,570,428.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/21 | | LEASURE GOW MUNK & RIZZUTO - IOLA ACC | SALE PROCEEDS RECEIVED VIA WIRE | | 61,167.69 | | 61,167.69 |
| | {3} | | CONTRACT SALES PRICE PLUS $1.00 FOR PERSONAL PROPERTY $168,395.00 | 1110-000 | | | |
| | | | WIRE FEE TO CLOSING AGENT -$50.00 | 2500-000 | | | |
| | | | SELLER'S PORTION OF STATE TAX -$842.50 | 2500-000 | | | |
| | | | SELLER'S FILING FEE - TP-584 -$10.00 | 2500-000 | | | |
| | | | 2017-2020 DELINQUENT REAL ESTATE TAXES - 180 GAF LAKE RD., WINDSOR, NY -$44,179.12 | 2820-000 | | | |
| | | County of Broome (New York) County of Broome (New York) | 2017-2020 DELINQUENT REAL ESTATE TAXES - 219 GAF LAKE RD., WINDSOR, NY -$45,839.36 | 4800-000 | | | |
| | | | 2021 REAL ESTATE TAXES - 180 GAF LAKE RD., WINDSOR, NY -$1,621.24 | 2820-000 | | | |
| | | | 2021 REAL ESTATE TAXES - 219 GAF LAKE RD., WINDSOR, NY -$4,581.45 | 2820-000 | | | |
| | | | REALTORS' COMMISSION OF 6% -$10,103.64 | 3510-000 | | | |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 97.94 | 61,069.75 |
| 08/02/21 | 101 | FEDEX | FEDEX OVERNIGHT FEE TO SEND CLOSING DOCUMENTS TO NYS CLOSING AGENT | 2500-000 | | 9.00 | 61,060.75 |
| 08/02/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 49.01 | 61,011.74 |
| 08/10/21 | | Transfer Debit | Transfer To Successor Trustee | 9999-000 | | 61,011.74 | 0.00 |
| | | **COLUMN TOTALS** | | | 61,167.69 | 61,167.69 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 61,011.74 | |
| | | **Subtotal** | | | 61,167.69 | 155.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $61,167.69 | $155.95 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 5:18-bk-04165-HWV    Doc 136    Filed 02/26/25    Entered 02/26/25 10:53:12    Desc Main Document    Page 10 of 14

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 18-04165 | Trustee Name: | Robert P. Sheils, Jr. (580490) |
|---|---|---|---|
| Case Name: | WILLIAM R. FLETCHER | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0764 | Account #: | ******0106 Checking Account |
| For Period Ending: | 02/18/2025 | Blanket Bond (per case limit): | $4,570,428.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/10/21 | | Transfer from People's United | INCOMING WIRE | 9999-000 | 61,011.74 | | 61,011.74 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 68.44 | 60,943.30 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 97.67 | 60,845.63 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 94.26 | 60,751.37 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.85 | 60,647.52 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 100.44 | 60,547.08 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 93.80 | 60,453.28 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 90.43 | 60,362.85 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 106.42 | 60,256.43 |
| 04/20/22 | 1001 | International Sureties Ltd. | Bond #016026361 | 2300-000 | | 42.24 | 60,214.19 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 93.34 | 60,120.85 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 93.14 | 60,027.71 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 105.84 | 59,921.87 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 92.83 | 59,829.04 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 105.47 | 59,723.57 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 95.72 | 59,627.85 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 92.37 | 59,535.48 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 101.78 | 59,433.70 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 95.25 | 59,338.45 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 101.44 | 59,237.01 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 88.61 | 59,148.40 |
| 03/22/23 | 1002 | International Sureties Ltd. | Bond# 016026361 Term1/1/23 to 1/1/24 | 2300-000 | | 30.07 | 59,118.33 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 97.95 | 59,020.38 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 88.28 | 58,932.10 |
| 05/11/23 | 1003 | Eric J. Bleiler, CPA & CO., LLC | Accountant Fees and Expenses per Order entered 5/3/23 | | | 1,180.00 | 57,752.10 |
| | | Eric J. Bleiler, CPA & CO., LLC | Accountant Fees per Order entered 5/3/23 $1,170.00 | 3410-000 | | | |

Page Subtotals: $61,011.74 $3,259.64

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Case 5:18-bk-04165-HWV    Doc 136    Filed 02/26/25    Entered 02/26/25 10:53:12    Desc
Main Document    Page 11 of 14

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 18-04165 | Trustee Name: | Robert P. Sheils, Jr. (580490) |
|---|---|---|---|
| Case Name: | WILLIAM R. FLETCHER | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0764 | Account #: | ******0106 Checking Account |
| For Period Ending: | 02/18/2025 | Blanket Bond (per case limit): | $4,570,428.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Eric J. Bleiler, CPA & CO., LLC | Accountant Expenses per Order entered 5/3/23 $10.00 | 3420-000 | | | |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 103.89 | 57,648.21 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 94.28 | 57,553.93 |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 90.93 | 57,463.00 |
| 02/08/24 | 1004 | International Sureties Ltd. | Bond #612419177 Stopped on 03/19/2024 | 2300-005 | | 50.43 | 57,412.57 |
| 03/11/24 | 1005 | International Sureties Ltd. | Bond payment Stopped on 03/19/2024 | 2300-005 | | 24.32 | 57,388.25 |
| 03/19/24 | 1004 | International Sureties Ltd. | Bond #612419177 Stopped: check issued on 02/08/2024 | 2300-005 | | -50.43 | 57,438.68 |
| 03/19/24 | 1005 | International Sureties Ltd. | Bond payment Stopped: check issued on 03/11/2024 | 2300-005 | | -24.32 | 57,463.00 |
| 03/20/24 | 1006 | International Sureties Ltd. | Bond payment | 2300-000 | | 46.16 | 57,416.84 |
| 10/21/24 | 1007 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $17,108.80; Claim # 1S; Filed: $17,108.80 | 4300-000 | | 17,108.80 | 40,308.04 |
| 10/21/24 | 1008 | The Law Office of Mark J. Conway, P.C. | Distribution payment - Dividend paid at 100.00% of $444.94; Claim # ATTY EXP; Filed: $444.94 | 3220-000 | | 444.94 | 39,863.10 |
| 10/21/24 | 1009 | The Law Office of Mark J. Conway, P.C. | Distribution payment - Dividend paid at 100.00% of $5,731.00; Claim # ATTY FEE; Filed: $5,731.00 | 3210-000 | | 5,731.00 | 34,132.10 |
| 10/21/24 | 1010 | Mark J. Conway | Distribution payment - Dividend paid at 100.00% of $11,669.75; Claim # FEE; Filed: $11,669.75 | 2100-000 | | 11,669.75 | 22,462.35 |
| 10/21/24 | 1011 | Robert P. Sheils, Jr. | Distribution payment - Dividend paid at 100.00% of $473.17; Claim # TE; Filed: $473.17 | 2200-000 | | 473.17 | 21,989.18 |
| 10/21/24 | 1012 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $9,267.91; Claim # 1P; Filed: $9,267.91 | 5800-000 | | 9,267.91 | 12,721.27 |
| 10/21/24 | 1013 | M&T BANK | Distribution payment - Dividend paid at 16.18% of $24,036.71; Claim # 2; Filed: $24,036.71 | 7100-000 | | 3,889.95 | 8,831.32 |
| 10/21/24 | 1014 | M&T BANK | Distribution payment - Dividend paid at 16.18% of $9,292.28; Claim # 4; Filed: $9,292.28 | 7100-000 | | 1,503.80 | 7,327.52 |
| 10/21/24 | 1015 | American Express National Bank | Distribution payment - Dividend paid at 16.18% of $35,560.27; Claim # 6; Filed: $35,560.27 | 7100-000 | | 5,754.84 | 1,572.68 |
| 10/21/24 | 1016 | Verizon | Distribution payment - Dividend paid at 16.18% of $1,670.41; Claim # 7; Filed: $1,670.41 | 7100-000 | | 270.33 | 1,302.35 |
| 10/21/24 | 1017 | Directv, LLC | Distribution payment - Dividend paid at 16.18% of $1,107.71; Claim # 8; Filed: $1,107.71 | 7100-000 | | 179.26 | 1,123.09 |
| 10/21/24 | 1018 | PPL Electric Utilities | Distribution payment - Dividend paid at 16.18% of $6,939.76; Claim # 9; Filed: $6,939.76 | 7100-000 | | 1,123.09 | 0.00 |

Page Subtotals: $0.00 $57,752.10

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 5:18-bk-04165-HWV   Doc 136   Filed 02/26/25   Entered 02/26/25 10:53:12   Desc Main Document    Page 12 of 14

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | |
|---|---|---|
| Case No.: | 18-04165 | |
| Case Name: | WILLIAM R. FLETCHER | |
| Taxpayer ID #: | **-***0764 | |
| For Period Ending: | 02/18/2025 | |

| | |
|---|---|
| Trustee Name: | Robert P. Sheils, Jr. (580490) |
| Bank Name: | East West Bank |
| Account #: | ******0106 Checking Account |
| Blanket Bond (per case limit): | $4,570,428.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 61,011.74 | 61,011.74 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 61,011.74 | 0.00 | |
| | | Subtotal | | | 0.00 | 61,011.74 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $61,011.74 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

**Case No.:** 18-04165  
**Case Name:** WILLIAM R. FLETCHER  
**Taxpayer ID #:** **-***0764  
**For Period Ending:** 02/18/2025  

**Trustee Name:** Robert P. Sheils, Jr. (580490)  
**Bank Name:** East West Bank  
**Account #:** ******0106 Checking Account  
**Blanket Bond (per case limit):** $4,570,428.00  
**Separate Bond (if applicable):** N/A  

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2504 Checking Account | $61,167.69 | $155.95 | $0.00 |
| ******0106 Checking Account | $0.00 | $61,011.74 | $0.00 |
|  | $61,167.69 | $61,167.69 | $0.00 |