United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>William R. Fletcher<br>    Debtor | Case No. 18-04165-HWV<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 26, 2025 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Fletcher, 123 Willows Lane, Lake Ariel, PA 18436-4738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Manning | on behalf of Former Trustee Mark J. ~Conway BrianEManning@comcast.net g17590@notify.cincompass.com;manning.brianb123963@notify.bestcase.com |
| Christopher M. McMonagle | on behalf of Creditor M&T Bank christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Jill E Durkin | on behalf of Trustee Robert P. Sheils Jr jilldurkinesq@gmail.com, psheldon@sheilslaw.com |
| John J Martin | on behalf of Creditor Ariel Land Owners Incorporated jmartin@martin-law.net, kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |

Joseph P Schalk
    on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Martin A Mooney
    on behalf of Creditor M&T Bank f/k/a Manufactures and Traders Trust Company Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com

Robert P. Sheils, Jr
    rsheils@sheilslaw.com PA41@ecfcbis.com;psheldon@sheilslaw.com;jspottesq@sheilslaw.com;sheils@remote7solutions.com

Steven P. Kelly
    on behalf of Creditor M&T Bank skelly@sterneisenberg.com bkecf@sterneisenberg.com

Tullio DeLuca
    on behalf of Debtor 1 William R. Fletcher tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor M&T Bank william.miller@padgettlawgroup.com BKECF@padgettlawgroup.com

TOTAL: 12

In re:

| | |
|---|---|
| William R. Fletcher,<br>aka William Fletcher, | Chapter 7 |
| **Debtor 1** | Case No. 5:18−bk−04165−HWV |

Social Security No.:
        xxx−xx−0112

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

      **Robert P. Sheils, Jr**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 26, 2025

**fnldec** (01/22)